UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -  X
                                     :
                                     :
                                     :    **UNSEALING ORDER**
UNITED STATES OF AMERICA             :
                                     :    22 Cr. 644
        - v. -                       :
                                     :
                                     :
UNITED STATES OF AMERICA             :
                                     :
        - v. -                       :
                                     :
                                     :
KEITH VEREEN, and                    :
STEVEN PEREZ,                        :
        a/k/a "Lucha,"               :
                                     :
                    Defendants.      :
- - - - - - - - - - - - - - - - - -  X


        Upon the application of the United States, by United States

Attorney for the Southern District of New York, Damian Williams,

by Assistant United States Attorney Ashley C. Nicolas;

        It is found that Indictment 22 Cr. 644 (the "Indictment") is

currently sealed and the United States Attorney's Office has

applied to have the Indictment unsealed, it is therefore

        ORDERED that the Indictment in the above-captioned action be

unsealed and remain unsealed pending further order of the Court.


SO ORDERED.

Dated: New York, New York
        December 6, 2022



                                    _____
                                    HONORABLE VALERIE FIGUEREDO
                                    UNITED STATES MAGISTRATE JUDGE