UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
                                                                     :

**UNITED STATES OF AMERICA**       :

                                                                     :        22 Cr. 644    (JSR)

- v -                                                                   :

**STEVEN PEREZ**,                     :

                Defendant.        :
------------------------------------------------ x

## STEVEN PEREZ (LUCHA EL POR LIBERTAD'S)
## PRETRIAL MOTIONS

                            **DAVID E. PATTON, ESQ.**
                            Federal Defenders of New York, Inc.
                            Attorney for Defendant
                            **STEVEN PEREZ**
                            **(LUCHA EL POR LIBERTAD)**
                            52 Duane Street - 10th Floor
                            New York, New York 10007
                            Tel.: (212) 417-8735


                            **ZAWADI BAHARANYI**
                            <u>Of Counsel</u>


TO:    **DAMIAN WILLIAMS, ESQ**.
         United States Attorney
         Southern District of New York
         One. St. Andrew's Plaza
         New York, New York 10007
         Attn:  **ASHLEY NICOLAS, ESQ.**
                  Assistant United States Attorney

## **NOTICE OF PRETRIAL MOTIONS**

STEVEN PEREZ (hereinafter "Mr. Lucha"), through undersigned counsel, respectfully moves this Court for an order dismissing the indictment against him. As set forth in Mr. Lucha's accompanying Memorandum of Law, the indictment was obtained in violation of his Second Amendment rights.

Moreover, Mr. Lucha moves to suppress the firearm seized by police on June 23, 2021, along with his cellphone and post-arrest statements to law enforcement because they were obtained through a violation of his Fourth Amendment rights. In the alternative, the Court should hold an evidentiary hearing.

Dated: New York, New York
February 3, 2023