

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 10, 2023

<u>**By ECF**</u>

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     **Re:**   *United States v. Keith Vereen and Steven Perez*, 22 Cr. 644 (JSR)

Dear Judge Rakoff:

    Enclosed as Exhibit A, please find a Proposed Protective Order relating to the production of material in the above-captioned matter. The parties respectfully request that the Court enter the Proposed Protective Order, which has been signed by the parties.

              Respectfully submitted,

              DAMIAN WILLIAMS
              United States Attorney for the
              Southern District of New York

            By: *Ashley C. Nicolas*
              Ashley C. Nicolas / Madison Reddick Smyser
              Assistant United States Attorneys
              Tel. 212-637-2467/ - 2381

cc:     Counsel of Record