UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>LUCHA EL LIBERTAD (a/k/a STEVEN PEREZ)<br><br>Defendants. | 22-cr-644 (JSR)<br><br><u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

Following full briefing and argument on defendant Lucha El Libertad[1]'s motion to dismiss the indictment and full briefing, argument, and an evidentiary hearing on defendant's motion to suppress the results of a 6/23/21 search, the Court hereby denies both motions. An opinion explaining the rationale for this decision will issue in due course.

SO ORDERED.

New York, NY
June 8, 2023

_____
JED S. RAKOFF, U.S.D.J.

---

[1] The defendant is identified in the indictment as "Steven Perez, a/k/a 'Lucha.'" The Court uses the name the defendant goes by: Lucha El Libertad.