# EXHIBIT C

# 2181CR00366 Commonwealth vs. Perez, Steven

- Case Type:
- Indictment
- Case Status:
- Open
- File Date
- 09/02/2021
- DCM Track:
- A - Standard
- Initiating Action:
- FIREARM, POSSESS LARGE CAPACITY c269 §10(m)
- Status Date:
- 09/28/2021
- Case Judge:
- 
- Next Event:
- 02/01/2024

| All Information | Party | Charge | Event | Tickler | Docket | Disposition |

## Party Information

**Middlesex District Attorney**
- Prosecutor

| Alias | Party Attorney |
|---|---|
| | Attorney |
| | Rall, Esq., Ryan J |
| | Bar Code |
| | 691663 |
| | Address |
| | Middlesex District Attorney's Office |
| | 15 Commonwealth Ave |
| | Woburn, MA  01810 |
| | Phone Number |
| | (781)897-8592 |
| | Attorney |
| | Van Epps, Esq., Graham G |
| | Bar Code |
| | 667120 |
| | Address |
| | Middlesex District Attorney's Office |
| | 15 Commonwealth Ave |
| | Suite 300 |
| | Woburn, MA  01801 |
| | Phone Number |
| | (718)897-8300 |

More Party Information

**Perez, Steven**
- Defendant

| Alias | Party Attorney |
|---|---|
| | Attorney |
| | Raisler-Cohn, Esq., Josina |
| | Bar Code |
| | 676921 |
| | Address |
| | Committee For Public Counsel Services |
| | 6 Pleasant St |
| | 6th Floor |
| | Malden, MA  02148 |
| | Phone Number |
| | (781)338-0825 |

More Party Information

## Party Charge Information

- Perez, Steven

- - Defendant
  - **Charge # 1:**
    **269/10/AA-1 - Felony**     FIREARM, POSSESS LARGE CAPACITY c269 §10(m)
- Original Charge
- 269/10/AA-1 FIREARM, POSSESS LARGE CAPACITY c269 §10(m) (Felony)
- Indicted Charge
- 
- Amended Charge
- 

- **Perez, Steven**
- - Defendant
  - **Charge # 2:**
    **269/10/ZZ-0 - Felony**     FEEDING DEVICE, POSSESS LARGE CAPACITY c269 §10(m)
- Original Charge
- 269/10/ZZ-0 FEEDING DEVICE, POSSESS LARGE CAPACITY c269 §10(m) (Felony)
- Indicted Charge
- 
- Amended Charge
- 

- **Perez, Steven**
- - Defendant
  - **Charge # 3:**
    **269/10/J-1 - Felony**     FIREARM, CARRY WITHOUT LICENSE c269 §10(a)
- Original Charge
- 269/10/J-1 FIREARM, CARRY WITHOUT LICENSE c269 §10(a) (Felony)
- Indicted Charge
- 
- Amended Charge
- 

- **Perez, Steven**
- - Defendant
  - **Charge # 4:**
    **269/10/GG-0 - Felony**     SHOTGUN, POSSESS LOADED SAWED-OFF c269 s.10(n)
- Original Charge
- 269/10/GG-0 SHOTGUN, POSSESS LOADED SAWED-OFF c269 s.10(n) (Felony)
- Indicted Charge
- 
- Amended Charge
- 

- **Perez, Steven**
- - Defendant
  - **Charge # 5:**
    **140/131L/C-1 - Felony**     FIREARM, STORE IMPROP LARGE-CAPACITY NEAR MINOR c140 §131L(a)&(d)
- Original Charge
- 140/131L/C-1 FIREARM, STORE IMPROP LARGE-CAPACITY NEAR MINOR c140 §131L(a)&(d) (Felony)
- Indicted Charge
- 
- Amended Charge
- 

- **Perez, Steven**
- - Defendant
  - **Charge # 6:**
    **140/131L/D-1 - Felony**     RIFLE/SHOTGUN, STORE IMPROP NEAR MINOR c140 §131L(a)&(c)
- Original Charge
- 140/131L/D-1 RIFLE/SHOTGUN, STORE IMPROP NEAR MINOR c140 §131L(a)&(c) (Felony)
- Indicted Charge
- 
- Amended Charge
- 

- **Perez, Steven**
- - Defendant
  - **Charge # 7:**
    **269/10D-0 - Felony**     BODY ARMOR, USE IN FELONY c269 §10D
- Original Charge
- 269/10D-0 BODY ARMOR, USE IN FELONY c269 §10D (Felony)
- Indicted Charge
- 
- Amended Charge
-

- **Perez, Steven**
- - Defendant
  - Charge # 8:
    **274/7-2 - Felony**　　CONSPIRACY c274 §7
- Original Charge
- 274/7-2 CONSPIRACY c274 §7 (Felony)
  - Indicted Charge
  - 
  - Amended Charge
  - 
- **Perez, Steven**
- - Defendant
  - Charge # 9:
    **269/10/EE-0 - Felony**　　FIREARM, CARRY WITHOUT LICENSE LOADED c269 s.10(n)
- Original Charge
- 269/10/EE-0 FIREARM, CARRY WITHOUT LICENSE LOADED c269 s.10(n) (Felony)
  - Indicted Charge
  - 
  - Amended Charge
  - 
- **Perez, Steven**
- - Defendant
  - Charge # 10:
    **269/10/TT - Misdemeanor - more than 100 days incarceration**　　AMMUNITION WITHOUT FID CARD, POSSESS c269 §10(h)(1)
- Original Charge
- 269/10/TT AMMUNITION WITHOUT FID CARD, POSSESS c269 §10(h)(1) (Misdemeanor - more than 100 days incarceration)
  - Indicted Charge
  - 
  - Amended Charge
  - 

### Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 09/28/2021 11:00 AM | Woburn Magistrate Session | | Arraignment | Flaherty, Daniel | Held as Scheduled |
| 09/28/2021 12:00 PM | Woburn Magistrate Session | | 58A Dangerousness Hearing | Flaherty, Daniel | Held as Scheduled |
| 09/29/2021 09:00 AM | Woburn Magistrate Session | | Arraignment | Flaherty, Daniel | Rescheduled |
| 10/07/2021 09:00 AM | Woburn Magistrate Session | | 58A Dangerousness Hearing | Flaherty, Daniel | Held - Under advisement |
| 11/03/2021 09:00 AM | Criminal 1 Rm 430 | Courtroom 430 | Scheduling Conference | Pierce, Hon. Laurence D | Rescheduled |
| 11/08/2021 10:30 AM | Criminal 1 Rm 430 | Courtroom 430 | Scheduling Conference | Pierce, Hon. Laurence D | Held as Scheduled |
| 12/15/2021 09:00 AM | Criminal 1 Rm 430 | Courtroom 430 | Filing of Motions | Wall, Hon. Joshua | Held as Scheduled |
| 01/14/2022 09:00 AM | Criminal 1 Rm 430 | | Filing of Motions | Pierce, Hon. Laurence D | Not Held |
| 02/09/2022 09:00 AM | Criminal 4 Rm 630 | | Conference to Review Status | Frison, Hon. Shannon | Held via Video/Phone |
| 02/16/2022 09:00 AM | Criminal 4 Rm 630 | | Evidentiary Hearing to Dismiss | Frison, Hon. Shannon | Held via Video/Phone |
| 03/03/2022 09:00 AM | Criminal 1 Rm 430 | | Final Trial Conference | Pierce, Hon. Laurence D | Not Held |
| 03/08/2022 10:00 AM | Criminal 4 Rm 630 | | Evidentiary Hearing to Dismiss | Frison, Hon. Shannon | Held - Under advisement |
| 03/14/2022 09:00 AM | Criminal 1 Rm 430 | | Jury Trial | Pierce, Hon. Laurence D | Not Held |
| 03/24/2022 09:00 AM | Criminal 4 Rm 630 | | Bail Hearing | Frison, Hon. Shannon | Held - Under advisement |
| 03/28/2022 09:00 AM | Criminal 4 Rm 630 | | Bail Hearing | Frison, Hon. Shannon | Held as Scheduled |

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 04/14/2022 10:30 AM | Criminal 1 Rm 430 | | Scheduling Conference | Frison, Hon. Shannon | Held as Scheduled |
| 05/16/2022 09:00 AM | Criminal 1 Rm 430 | | Filing of Motions | Frison, Hon. Shannon | Not Held |
| 06/09/2022 09:00 AM | Criminal 4 Rm 630 | | Motion Hearing | Budreau, Hon. James | Held - Under advisement |
| 06/13/2022 12:00 PM | Criminal 1 Rm 430 | | Scheduling Conference | Frison, Hon. Shannon | Held via Video/Phone |
| 07/13/2022 09:00 AM | Criminal 1 Rm 430 | | Filing of Motions | Pierce, Hon. Laurence D | Not Held |
| 10/25/2022 11:30 AM | Criminal 1 Rm 430 | | Motion Hearing | Haggan, Hon. Patrick | Held as Scheduled |
| 10/28/2022 11:00 AM | Criminal 1 Rm 430 | | Non-Evidentiary Hearing | Haggan, Hon. Patrick | Held as Scheduled |
| 04/24/2023 09:05 AM | Criminal 1 Rm 430 | | Final Trial Conference | Pierce, Hon. Laurence D | Held as Scheduled |
| 05/22/2023 09:00 AM | Criminal 2 Rm 530 | | Jury Trial | Deakin, Hon. David A | Rescheduled |
| 05/22/2023 09:00 AM | Criminal 2 Rm 530 | | Scheduling Conference | Deakin, Hon. David A | Held via Video/Phone |
| 06/21/2023 02:00 PM | Criminal 2 Rm 530 | | Non-Evidentiary Hearing to Dismiss | Deakin, Hon. David A | Held - Under advisement |
| 07/11/2023 02:00 PM | Criminal 2 Rm 530 | | Trial Readiness Conference | Deakin, Hon. David A | Rescheduled |
| 08/09/2023 09:00 AM | Criminal 2 Rm 530 | | Jury Trial | Deakin, Hon. David A | Rescheduled |
| 02/01/2024 02:00 PM | Criminal 2 Rm 530 | | Trial Readiness Conference | | |
| 02/26/2024 09:00 AM | Criminal 2 Rm 530 | | Jury Trial | | |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Pre-Trial Hearing | 09/28/2021 | 12/27/2021 | 90 | |
| Final Pre-Trial Conference | 09/28/2021 | 03/11/2022 | 164 | |
| Case Disposition | 09/28/2021 | 03/25/2022 | 178 | |
| Under Advisement | 10/07/2021 | 11/06/2021 | 30 | 11/03/2021 |
| Under Advisement | 03/08/2022 | 04/07/2022 | 30 | |
| Under Advisement | 03/24/2022 | 04/23/2022 | 30 | |
| Under Advisement | 06/09/2022 | 07/09/2022 | 30 | |
| Under Advisement | 06/21/2023 | 07/21/2023 | 30 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 09/02/2021 | Indictment(s) returned | 1 | |
| 09/22/2021 | Habeas Corpus for defendant issued to Essex County House of Correction returnable for 09/29/2021 09:00 AM Arraignment. IN PERSON; PLEASE TRANSPORT. CANCELLED | 2 | |
| 09/23/2021 | Event Result:: Arraignment scheduled on:<br>     09/29/2021 09:00 AM<br>Has been: Rescheduled    For the following reason: By Court prior to date<br>Daniel Flaherty, Presiding | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Staff:<br>　　　Christina Lucci, Assistant Clerk | | |
| 09/23/2021 | Habeas Corpus for defendant issued to Essex County House of Correction returnable for 09/28/2021 11:00 AM Arraignment.  IN PERSON PLEASE TRANSPORT | 3 | |
| 09/28/2021 | Commonwealth 's Notice of discovery I | 4 | |
| 09/28/2021 | The defendant\petitioner is committed without bail for the following reason: Per Order of the Court.<br><br>Judge: Pierce, Hon. Laurence D | 5 | |
| 09/28/2021 | Commonwealth files the statement of the case. | 6 | |
| 09/28/2021 | Commonwealth 's Motion for a Detention Hearing | 7 | |
| 09/28/2021 | Commonwealth 's Memorandum in Support of Its Motion for Pretrial Detention | 7.1 | |
| 09/28/2021 | Attorney appearance<br>On this date Graham G Van Epps, Esq. added as Attorney for the Commonwealth for Prosecutor Middlesex District Attorney | | |
| 09/28/2021 | Attorney appearance<br>On this date Josina Raisler-Cohn, Esq. added as Appointed - Indigent Defendant for Defendant Steven Perez as stand by counsel | | |
| 09/28/2021 | Defendant arraigned before Court.  All indictments read in open Court.<br><br>Judge: Pierce, Hon. Laurence D | | |
| 09/28/2021 | Plea of not guilty entered on all charges. | | |
| 09/28/2021 | Court inquires of Commonwealth if abuse, as defined by G.L. c. 209A, § 1, is alleged to have occurred immediately prior to or in connection with the charged offense(s). | | |
| 09/28/2021 | Court finds NO abuse is alleged in connection with the charged offense.  G.L. c. 276, § 56A. | | |
| 09/28/2021 | Event Result::  Arraignment scheduled on:<br>　　　09/28/2021 11:00 AM<br>Has been: Held as Scheduled<br>Comments: All parties appeared in person<br>Hon. Laurence D Pierce, Presiding<br>Appeared:<br>　　　Prosecutor<br>　　　　　　　Graham G Van Epps, Esq., Attorney for the Commonwealth<br>　　　Defendant　　Steven Perez<br>　　　　　　　Josina Raisler-Cohn, Esq., Appointed - Indigent Defendant<br>PO Sylvia Gomes<br><br>Staff:<br>　　　Christina Lucci, Assistant Clerk<br>　　　Mary Aufiero, Assistant Clerk<br><br>Court Reporter FTR Mary Aufiero | | |
| 09/28/2021 | Event Result::  58A Dangerousness Hearing scheduled on:<br>　　　09/28/2021 12:00 PM<br>Has been: Held as Scheduled<br>Comments: All parties appeared in person; Day 1<br>Hon. Laurence D Pierce, Presiding<br>Appeared:<br>　　　Prosecutor<br>　　　　　　　Graham G Van Epps, Esq., Attorney for the Commonwealth<br>　　　Defendant　　Steven Perez<br>　　　　　　　Josina Raisler-Cohn, Esq., Appointed - Indigent Defendant<br>PO Sylvia Gomes<br><br>Staff:<br>　　　Christina Lucci, Assistant Clerk<br>　　　Mary Aufiero, Assistant Clerk<br><br>Court Reporter FTR Mary Aufiero | | |
| 09/28/2021 | Appointment made<br>　for the purpose of Case in Chief by Judge Hon. Laurence D Pierce. | | |
| 09/28/2021 | List of exhibits<br><br>for 58A Dangerous Hearing | 9 | |
| 09/29/2021 | Commonwealth 's Notice of Discovery II | 8 | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 09/29/2021 | Case assigned to:<br>DCM Track A - Standard was added on 09/29/2021 | | |
| 09/30/2021 | Habeas Corpus for defendant issued to Essex County House of Correction returnable for 10/07/2021 09:00 AM 58A Dangerousness Hearing. IN PERSON- PLEASE TRANSPORT | 10 | |
| 10/01/2021 | Commonwealth 's Submission of Further G.L.c. 276, 58A Detention Hearing Exhibits | 11 | |
| 10/07/2021 | Matter taken under advisement: 58A Dangerousness Hearing scheduled on:<br>    10/07/2021 09:00 AM<br>Has been: Held - Under advisement<br>Hon. Laurence D Pierce, Presiding<br>Appeared:<br>    Prosecutor<br>        Graham G Van Epps, Esq., Attorney for the Commonwealth<br>    Defendant    Steven Perez<br>        Josina Raisler-Cohn, Esq., Appointed - Indigent Defendant<br>Staff:<br><br>    Christina Lucci, Assistant Clerk Magistrate<br><br>FTR: K Jordan | | |
| 10/07/2021 | Commonwealth 's Submission of Proposed Findings of Fact and Rulings of Law following the GLC276 Sec 58A Detention Hearing | 12 | |
| 10/07/2021 | List of exhibits<br><br>for 58A Hearing (Updated) | 14 | |
| 10/14/2021 | Commonwealth 's PROPOSED Submission regarding Finding Of Facts And Ruling Of Law Following The G.L.c. 276,/ 58A Detention Hearing (Revised) | 13 | |
| 11/03/2021 | Event Result:: Scheduling Conference scheduled on:<br>    11/03/2021 09:00 AM<br>Has been: Rescheduled    For the following reason: Joint request of parties<br>Hon. Joshua Wall, Presiding<br>Staff:<br>    Michelle Goldman, Assistant Clerk Magistrate<br>    Mary Santiago, Assistant Clerk Magistrate | | |
| 11/03/2021 | MEMORANDUM & ORDER:<br><br>on Commonwealth's Motion for Pretrial Detention Pursuant to G.L. c. 276, sec. 58A (emailed to parties)<br><br>The Commonwealth's request for detention is ALLOWED.<br><br>Judge: Pierce, Hon. Laurence D<br><br>(Copy mailed to Deft. @ Essex County HOC) | 15 | |
| 11/03/2021 | The defendant\petitioner is committed without bail for the following reason: Held due to dangerousness C.276 § 58A.<br><br>Judge: Pierce, Hon. Laurence D | 16 | |
| 11/03/2021 | Habeas Corpus for defendant issued to Essex County House of Correction returnable for 11/08/2021 10:30 AM Scheduling Conference. VIDEO HABE | 17 | |
| 11/08/2021 | Event Result:: Scheduling Conference scheduled on:<br>    11/08/2021 10:30 AM<br>Has been: Held as Scheduled<br>Hon. Joshua Wall, Presiding<br>Appeared:<br>    Prosecutor<br>        Graham G Van Epps, Esq., Attorney for the Commonwealth<br>    Defendant    Steven Perez<br>        Josina Raisler-Cohn, Esq., Appointed - Indigent Defendant<br>Staff:<br>    Michelle Goldman, Assistant Clerk Magistrate<br>    Mary Santiago, Assistant Clerk Magistrate<br>PO Shavon Hammond'<br>FTR Steve Mattos | | |
| 11/08/2021 | Scheduled:<br>Event: Jury Trial<br>Date: 03/14/2022 Time: 09:00 AM<br>Result: Rescheduled<br>Result: Not Held | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 11/08/2021 | General correspondence regarding Letter to Judge Pierce from Deft. | 18 | |
| 11/08/2021 | Pro Se Defendant 's Submission of Writ of Dismissal for Violation of my right to face the alleged injured party and violation of the sixth (6) Amendment | 19 | |
| 11/08/2021 | Pro Se Defendant 's Submission of Notice of Conflict of Interest-Federal Courts have Original Jurisdiction | 20 | |
| 11/10/2021 | List of exhibits<br><br>for 58A Dangerous Hearing (Updated) | 27 | |
| 11/15/2021 | Commonwealth 's Notice of discovery III | 21 | |
| 11/15/2021 | Pro Se Defendant 's Submission of Notice of Conflict of Interest Federal Courts have original jurisdiction | 22 | |
| 11/15/2021 | Pro Se Defendant 's Submission of Writ of Dismissal for Violation of my right to face the alleged injured party and violation of the Sixth (6) Amendment | 23 | |
| 11/15/2021 | Affidavit filed by Defendant Steven Perez in support of<br>Writ of Dismissal | 24 | |
| 11/15/2021 | Affidavit filed by Defendant Steven Perez in support of<br>Habeas Corpus | 25 | |
| 11/15/2021 | Affidavit filed by Defendant Steven Perez in support of<br>Military Exemption of prosecution from state statute(s) 268, 10(a) 269, 10(m), 274, 7, 269, 10(D) et seg. et alia, and lack of probable cause | 26 | |
| 12/06/2021 | Commonwealth 's Notice of Discovery IV | 28 | |
| 12/09/2021 | Notice of docket entry received from Supreme Judicial Court<br>COMMONWEALTH OF MASSACHUSETTS<br>SUFFOLK, ss. SUPREME JUDICIAL COURT<br>FOR SUFFOLK COUNTY<br>No. SJ-2021-0437<br><br>Middlesex Superior Court<br>Nos. 2181CR0366<br><br>COMMONWEALTH<br>v.<br>STEVEN PEREZ<br><br>JUDGMENT:<br>This matter came before the Court, Cypher, J., on the defendant Steven Perez¿s G.L. c. 211, § 3 petition seeking review of the November 3, 2021 trial court order denying bail based on a finding of dangerousness pursuant to G.L. c. 276, § 58A. The petition is filed pro se notwithstanding the defendant¿s representation by defense counsel in the trial court.<br>Absent extraordinary circumstances, a defendant represented by counsel in pending criminal proceedings is not entitled to challenge interlocutory rulings pro se. See Azubuko v. Commonwealth, 464 Mass. 1014 (2013); Comm. v. Molino, 411 Mass. 149, 152 (1991).<br><br>Upon consideration, it is hereby ORDERED that the defendant's pro se petition pursuant to G.L. c. 211, § 3 be, and hereby is, DENIED on the grounds that the defendant's petition does not present the requisite extraordinary circumstances.<br><br>By the Court, (Cypher, J.)<br>/s/ Maura S. Doyle<br>Maura S. Doyle, Clerk<br><br>Entered: December 9, 2021 | 29 | |
| 12/15/2021 | Event Result::  Filing of Motions scheduled on:<br>        12/15/2021 09:00 AM<br>Has been: Held as Scheduled<br>Comments: via mail<br>Hon. Joshua Wall, Presiding<br>Staff:<br>        Michelle Goldman, Assistant Clerk Magistrate<br>        Mary Santiago, Assistant Clerk Magistrate | | |
| 12/16/2021 | Commonwealth 's Notice of discovery V | 30 | |
| 12/24/2021 | Notice of docket entry received from Supreme Judicial Court<br>Amended Judgment: "It is hereby ORDERED that the defendant's pro se petition pursuant to G.L. c. 211, section 3 be, and hereby is, DENIED on the grounds that the trial court order at issue does not constitute an abuse of discretion or error of law." Cypher, J. | 31 | |
| 01/14/2022 | Pro Se Defendant 's Submission of probable cause narrative response notice of violation of due process | 32 | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 01/14/2022 | Event Result::  Filing of Motions scheduled on:<br>    01/14/2022 09:00 AM<br>Has been: Not Held     For the following reason: Joint request of parties<br>Comments: No motions filed<br>Hon. Laurence D Pierce, Presiding<br>Staff:<br>    Michelle Goldman, Assistant Clerk Magistrate<br>    Mary Santiago, Assistant Clerk Magistrate | | |
| 01/24/2022 | Pro Se Defendant 's Submission of Notice of Removal | 32.1 | |
| 01/31/2022 | Pro Se Defendant 's Submission of Writ to Reconsider 58A Detention | 33 | |
| 02/07/2022 | Habeas Corpus for defendant issued to Essex County House of Correction returnable for 02/09/2022 09:00 AM Conference to Review Status.  ZOOM APPEARANCE<br>ZOOM APPEARANCE | 34 | |
| 02/08/2022 | Commonwealth 's Notice Of Discovery VI | 35 | |
| 02/09/2022 | Event Result::  Conference to Review Status scheduled on:<br>    02/09/2022 09:00 AM<br>Has been: Held via Video/Teleconference<br>Comments: R. Petrucci FTR Monitor<br>Hon. Shannon Frison, Presiding<br>Appeared:<br>    Prosecutor<br>        Graham G Van Epps, Esq., Attorney for the Commonwealth<br>    Defendant    Steven Perez<br>        Josina Raisler-Cohn, Esq., Appointed - Indigent Defendant<br>Staff:<br>    Lucille Pasquale, Assistant Clerk Magistrate | | |
| 02/09/2022 | Commonwealth 's Notice of Discovery VII | 36 | |
| 02/15/2022 | Habeas Corpus for defendant issued to Essex County House of Correction returnable for 02/16/2022 09:00 AM Evidentiary Hearing to Dismiss.  ZOOM APPEARANCE<br>ZOOM APPEARANCE | 37 | |
| 02/16/2022 | Commonwealth 's Motion to Exclude Time | 38 | |
| 02/16/2022 | Event Result::  Evidentiary Hearing to Dismiss scheduled on:<br>    02/16/2022 09:00 AM<br>Has been: Held via Video/Teleconference<br>Comments: FTR: Robin Petrucci<br>Hon Diane Freniere, Presiding<br>Appeared:<br>    Prosecutor<br>        Graham G Van Epps, Esq., Attorney for the Commonwealth<br>    Defendant    Steven Perez<br>        Josina Raisler-Cohn, Esq., Appointed - Indigent Defendant<br>Staff:<br>Lia Marino, Assistant Clerk<br>    Lucille Pasquale, Assistant Clerk Magistrate | | |
| 02/16/2022 | Docket Note: The court conducted an oral colloquy with the defendant.  Case continued until March 8th at 10:00 am for a Motion to Dismiss. Per order of the court Freniere J., the motion will not go forward unless the written waiver is signed and filed with the Court.  Attest Lia Marino/acm. | | |
| 02/17/2022 | Commonwealth 's EX PARTE Motion for Process to Compel an Out-Of-State Witness to Appear, Produce Records, and Testify at a Criminal Trial in Massachusetts | 39 | |
| 02/18/2022 | ORDER: Certificate of Judge and Petition for Process for an Out-Of-State Witness to Appear, produce Records, and Testify at a Criminal Trial in Massachusetts<br><br>Judge: Pierce, Hon. Laurence D | 40 | |
| 02/24/2022 | Pro Se Defendant 's Motion to Deny Exclusion of Time | 41 | |
| 03/03/2022 | Opposition to To Defendant's Pretrial Motions filed by Middlesex District Attorney | 42 | |
| 03/03/2022 | Event Result::  Final Trial Conference scheduled on:<br>    03/03/2022 09:00 AM<br>Has been: Not Held     For the following reason: Transferred to another session<br>Hon. Laurence D Pierce, Presiding<br>Staff:<br>    Michelle Goldman, Assistant Clerk Magistrate<br>    Mary Santiago, Assistant Clerk Magistrate | | |
| 03/04/2022 | Habeas Corpus for defendant issued to Essex County House of Correction returnable for 03/08/2022 10:00 AM Evidentiary Hearing to Dismiss.  IN PERSON APPEARANCE<br>IN PERSON APPEARANCE | 43 | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 03/04/2022 | Commonwealth 's Submission Of Grand Jury Minutes & Exhibits | 44 | |
| 03/08/2022 | Matter taken under advisement:  Evidentiary Hearing to Dismiss scheduled on:<br>    03/08/2022 10:00 AM<br>Has been: Held - Under advisement<br>Comments: FTR RECORDING<br>Hon. Shannon Frison, Presiding<br>Appeared:<br>    Prosecutor<br>        Graham G Van Epps, Esq., Attorney for the Commonwealth<br>    Defendant     Steven Perez<br>        Josina Raisler-Cohn, Esq., Appointed - Indigent Defendant<br>Staff:<br>    Lucille Pasquale, Assistant Clerk Magistrate | | |
| 03/14/2022 | Other Records received from New York DMV | | |
| 03/14/2022 | Event Result::  Jury Trial scheduled on:<br>    03/14/2022 09:00 AM<br>Has been: Not Held      For the following reason: Transferred to another session<br>Hon. Laurence D Pierce, Presiding<br>Staff:<br>    Michelle Goldman, Assistant Clerk Magistrate<br>    Mary Santiago, Assistant Clerk Magistrate | | |
| 03/23/2022 | Habeas Corpus for defendant issued to Essex County House of Correction returnable for 03/24/2022 09:00 AM Bail Hearing.  IN PERSON APPEARANCE<br>IN PERSON APPEARANCE | 45 | |
| 03/23/2022 | Docket Note: Confirmed with Eve @ Records Dept. Essex HOC; Habe was received | | |
| 03/24/2022 | Commonwealth 's Motion to Extend The Defendant's Pre Trial Detention Pending Trial For Good Cause | 46 | |
| 03/24/2022 | Matter taken under advisement:  Bail Hearing scheduled on:<br>    03/24/2022 09:00 AM<br>Has been: Held - Under advisement<br>Comments: FTR RECORDING<br>Hon. Shannon Frison, Presiding<br>Appeared:<br>    Prosecutor<br>        Graham G Van Epps, Esq., Attorney for the Commonwealth<br>    Defendant     Steven Perez<br>        Josina Raisler-Cohn, Esq., Appointed Stand By Counsel - Indigent Defendant<br>Staff:<br>    Lucille Pasquale, Assistant Clerk Magistrate | | |
| 03/24/2022 | ORDER: After Hearing: DENIED<br>Commonwealth's Motion To Extend The Defendant's Pretrial Detention Pending Trial For Good Cause  ( see paper #46) | 47 | |
| 03/24/2022 | Endorsement on Commonwealth's Motion To Extend The Defendant's Pretrial detention Pending Trial For Good Cause, (#46.0):  DENIED<br>The defendant has now been held in pre trial detention pursuant to M.G.L. c. 276 S.58A for a total of 10 months (120 days per the District Court, and 180 per the Superior Court. The Court considered the same facts as found by Pierce, J. of the Superior Court in the order setting forth the reasons for pretrial detention. Notable in that order was the fact that the defendant did not accept the authority of the Court (and hence, would not follow any conditions set by the Court), repeatedly yelled that the indictments were "treason," and that no conditions of release would assure the safety of the community. At hearing on march 24, 2022 (and previous dates before this Justice), the defendant was participatory, relied upon the advice of standby counsel, made arguments regarding this bail status to the Court, and agreed to abide by conditions or release if released. Particularly, despite his motions arguing lack of jurisdiction, the defendant maintains that he will attend all court dates in Massachusetts and refrain from possessing or carrying weapons. Given the (1) length of pre trial detention already served , (2) the defendant's stated ability and intent to comply with court orders until the case is resolved, and (3) the fact that he is not the stated or alleged leader of the self-described militia, the court finds that the circumstances have changed since the original imposition of pre trial detention  and good cause is not shown for exceeding the statutory 180 days of confinement. The defendant shall be released on or after march 27, 2022 upon the following conditions: (1) $7,500 bail to be posted; (2) no possession or carrying of weapons or firearms; (3) appear in person for all Massachusetts court dates, and (4) reside with his mother at 3318 Perry Ave #4C, Bronx New York.<br><br>Judge: Frison, Hon. Shannon | | |
| 03/25/2022 | Endorsement on Commonwealth's Motion To Exclude Time, (#38.0):  Other action taken<br>Allowed as to speedy trial clock, Denied as to Pre Trial Detention. The defendant has been held a total of 10 months for a variety of reasons. Balancing the liberty interest and safety concerns, the court finds that as pretrial under 58A was intended to be shortlived, and that no delays should be excluded. | | |
| 03/25/2022 | Habeas Corpus for defendant issued to Essex County House of Correction returnable for 03/28/2022 09:00 AM Bail Hearing.  IN PERSON | 48 | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 03/28/2022 | Defendant oral motion<br>Defendant's Pro Se Oral Motion To Reconsider Court's Order And Reduce Bail<br>After hearing under advisement.<br>FTR Recording<br><br>Judge: Frison, Hon. Shannon | | |
| 03/28/2022 | Event Result:: Bail Hearing scheduled on:<br>      03/28/2022 09:00 AM<br>Has been: Held as Scheduled<br>Comments: FTR RECORDING<br>Hon. Shannon Frison, Presiding<br>Appeared:<br>    Prosecutor<br>        Graham G Van Epps, Esq., Attorney for the Commonwealth<br>    Defendant    Steven Perez<br>        Josina Raisler-Cohn, Esq., Appointed - Indigent Defendant<br>Staff:<br>    Lucille Pasquale, Assistant Clerk Magistrate | | |
| 03/28/2022 | ORDER: ORDER - RE DEFENDANT'S REQUEST TO RECONSIDER BAIL<br>After Defendant's oral motion for reconsideration of bail: Bail amount is reduced to $5,000. All other conditions of release remain the same.<br><br>Judge: Frison, Hon. Shannon | 47.1 | |
| 03/28/2022 | Bail set at $50,000.00 Surety, $5,000.00 Cash. Possess No Dangerous Weapons<br>Appear in person for all Massachusetts Court Dates<br>Reside w/mother at 3318 Perry Ave, #4C, Bronx, New York<br><br>Judge: Frison, Hon. Shannon | | |
| 03/28/2022 | Issued on this date:<br><br>Mittimus in Lieu of Bail<br>Sent On: 03/28/2022 12:45:43 | 49 | |
| 04/04/2022 | Habeas Corpus for defendant issued to Essex County House of Correction returnable for 04/14/2022 10:30 AM Scheduling Conference. ***VIDEO HABE*** | 50 | |
| 04/14/2022 | Event Result:: Scheduling Conference scheduled on:<br>      04/14/2022 10:30 AM<br>Has been: Held as Scheduled<br>Hon. Laurence D Pierce, Presiding<br>Appeared:<br>    Prosecutor<br>        Graham G Van Epps, Esq., Attorney for the Commonwealth<br>    Defendant    Steven Perez<br>        Josina Raisler-Cohn, Esq., Appointed - Indigent Defendant<br>Staff:<br>    Michelle Goldman, Assistant Clerk Magistrate<br>    Mary Santiago, Assistant Clerk Magistrate<br>PO Sara Lyons<br>FTR Darlene Abrue | | |
| 04/22/2022 | Defendant 's Motion to Join in Co defendant's Motion To Suppress | 52 | |
| 05/03/2022 | MEMORANDUM & ORDER:<br><br>Omnibus Memorandum Of Decision And Order On Defendant's Pre Trial Motions<br>ORDER<br>For the foregoing reasons , it is hereby ORDERED that the defendant's following motions:<br>1."Writ of Dismissal for violation of my right to face the alleged injured party and violation of the sixth (6) Amendment" (Paper Nos. 19 & 23);<br>2. "Notice of Conflict of Interest - Federal Courts Have Original Jurisdiction (Paper Nos. 20 & 22);<br>3. "Affidavit In Support Of Writ of Dismissal" (Paper No. 24);<br>4. "Affidavit in Support of Habeas Corpus" (Paper #25);<br>5. "Affidavit in Support Of Military Exemption of Prosecution from State Statute(s) 269 s.10(a) 269 10(m), 274 s.7, 269 s10(o) et seq. et alia, and lack of probable cause" (Paper #26)<br>6. "Submission of Probable Cause Narrative Response Notice of Violation of Due Process" (Paper #32);<br>7. "Notice of Removal" (paper #32.1)<br>are DENIED<br><br>Judge: Frison, Hon. Shannon | 53 | |
| 05/16/2022 | Event Result:: Filing of Motions scheduled on:<br>      05/16/2022 09:00 AM<br>Has been: Not Held    For the following reason: Transferred to another session<br>Hon. Shannon Frison, Presiding | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Staff:<br>    Michelle Goldman, Assistant Clerk Magistrate<br>    Mary Santiago, Assistant Clerk Magistrate | | |
| 05/17/2022 | Opposition to Defendant's Motion To Join A Co-Defendant's Motion To Suppress And To Dismiss filed by Middlesex District Attorney | 54 | |
| 06/09/2022 | Affidavit of Affidavit Of Fact In Support Of Motion To Suppress | 55 | |
| 06/09/2022 | Matter taken under advisement:  Motion Hearing scheduled on:<br>    06/09/2022 09:00 AM<br>Has been: Held - Under advisement<br>Comments: Robin Petrucci FTR Monitor<br>Hon. James Budreau, Presiding<br>Appeared:<br>    Prosecutor<br>        Graham G Van Epps, Esq., Attorney for the Commonwealth<br>    Defendant    Steven Perez<br>        Josina Raisler-Cohn, Esq., Appointed - Indigent Defendant<br>Staff:<br>    Lucille Pasquale, Assistant Clerk Magistrate | | |
| 06/13/2022 | Scheduled:<br>Event: Jury Trial<br>Date: 05/22/2023  Time: 09:00 AM<br>Result: Rescheduled | | |
| 06/13/2022 | Event Result::  Scheduling Conference scheduled on:<br>    06/13/2022 12:00 PM<br>Has been: Held via Video/Teleconference<br>Comments: FTR: S. Mattos<br>Hon. Shannon Frison, Presiding<br>Appeared:<br>    Prosecutor<br>        Graham G Van Epps, Esq., Attorney for the Commonwealth<br>    Defendant    Steven Perez<br>        Josina Raisler-Cohn, Esq., Appointed - Indigent Defendant<br>Staff:<br>    Michelle Goldman, Assistant Clerk Magistrate<br>    Mary Santiago, Assistant Clerk Magistrate | | |
| 06/13/2022 | Commonwealth 's Motion to Exclude Time<br>(Second Motion) | 56 | |
| 06/16/2022 | Endorsement on Defendant's Motion To Join In Co Defendant's Motion To Suppress, (#52.0):  ALLOWED<br>after hearing. See companion case 21-364 for decision (El Curragh, Middlesex ) | | |
| 06/30/2022 | Commonwealth 's Notice of Discovery VIII | 57 | |
| 07/13/2022 | Event Result::  Filing of Motions scheduled on:<br>    07/13/2022 09:00 AM<br>Has been: Not Held    For the following reason: Joint request of parties<br>Comments: no motions filed<br>Hon. Laurence D Pierce, Presiding<br>Staff:<br>    Michelle Goldman, Assistant Clerk Magistrate<br>    Mary Santiago, Assistant Clerk Magistrate | | |
| 07/25/2022 | General correspondence regarding Letter received from ADA Graham Van Epps; RE: Second Motion to Exclude Time<br>On June 13, 2022, the Commonwealth filed its second motion to exclude time. Justice Frison gave the pro se defendants until July 13, 2022 to file a response and indicated that thereafter, the Court would rule on the motion, though the Court expected to move to a different session. The motion appears as paper no. 48 on docket no. 2181CR00364 and paper no. 56 on docket no. 2181CR366. The defendants have not filed a response to the motion. Accordingly, the Commonwealth respectfully requests that the Court to allow the Commonwealth's second motion to exclude time. (Graham Van Epps, Assistant District Attorney) | 58 | |
| 10/12/2022 | Defendant 's Notice to Inform court of the motion of joinder | 59 | |
| 10/25/2022 | Event Result::  Motion Hearing scheduled on:<br>    10/25/2022 11:30 AM<br>Has been: Held as Scheduled<br>Hon. Patrick Haggan, Presiding<br>Appeared:<br>    Prosecutor<br>        Graham G Van Epps, Esq., Attorney for the Commonwealth<br>    Defendant    Steven Perez<br>        Josina Raisler-Cohn, Esq., Appointed - Indigent Defendant<br>Staff: | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Michelle Goldman, Assistant Clerk Magistrate<br>Stephen Mattos, Assistant Clerk Magistrate | | |
| 10/25/2022 | Endorsement on Motion to Exclude Time (second motion), (#56.0): ALLOWED<br>ALLOWED IN PART.<br><br>After hearing, with argument, the motion is allowed in part. The time from August 1, 2022 until May 22, 2023 is excluded from Rule 36. This ruling is based on a finding that the ends of justice in this delay outweigh the best interests of the public and the defendant in a speedy trial.<br><br>SO ORDERED.<br><br>Judge: Haggan, Hon. Patrick | | |
| 10/28/2022 | Event Result:: Non-Evidentiary Hearing scheduled on:<br>        10/28/2022 11:00 AM<br>Has been: Held as Scheduled<br>Hon. Patrick Haggan, Presiding<br>Appeared:<br>    Prosecutor<br>            Graham G Van Epps, Esq., Attorney for the Commonwealth<br>    Defendant    Steven Perez<br>Staff:<br>    Michelle Goldman, Assistant Clerk Magistrate<br>    Stephen Mattos, Assistant Clerk Magistrate | | |
| 10/28/2022 | Commonwealth 's Motion to continue | 60 | |
| 10/28/2022 | Endorsement on Motion to continue, (#60.0): ALLOWED<br>After hearing with argument, the motion is allowed. Rule 36 is tolled for this time based upon my finding that the ends of justice served by continuing trial outweigh the best interests of the public and the defendant in a speedy trial.<br><br>Judge: Haggan, Hon. Patrick | | |
| 10/28/2022 | Commonwealth 's Motion for protective order. | 61 | |
| 10/28/2022 | Endorsement on Motion for protective order., (#61.0): ALLOWED<br>After review and after argument the motion is allowed, without prejudice.<br><br>Judge: Haggan, Hon. Patrick | | |
| 01/18/2023 | Commonwealth 's Motion for reciprocal discovery | 62 | |
| 01/18/2023 | Commonwealth 's Notice of discovery IX | 63 | |
| 01/18/2023 | Commonwealth 's Certificate of discovery compliance (Mass.R.Crim.P.14(a)(3)) | 64 | |
| 03/08/2023 | Docket Note: 58A Exhibits in Room 412 1 Envelope-(2181CR363, 2181CR364, and 2181CR366 are in the same envelope) | | |
| 04/24/2023 | Event Result:: Final Trial Conference scheduled on:<br>        04/24/2023 09:05 AM<br>Has been: Held as Scheduled<br>Comments: After hearing, Judge Pierce ordered matter ready and to be sent to a trial session.<br>Hon. Laurence D Pierce, Presiding<br>Appeared:<br>    Prosecutor<br>            Graham G Van Epps, Esq., Attorney for the Commonwealth - Appeared IN PERSON<br>    Defendant    Steven Perez - Appeared IN PERSON<br>            Josina Raisler-Cohn, Esq., Appointed - Indigent Defendant - Appeared IN PERSON<br>Staff:<br>    Michelle Goldman, Assistant Clerk Magistrate<br>    Apriel Jordan, Assistant Clerk Magistrate | | |
| 05/05/2023 | Other Records received from DCJIS<br>(Records received via email 5/5/23) | | |
| 05/10/2023 | Defendant 's Motion To Join Jamhal Tamil Abdullah Bey's Motions And Motion To Continue Trial | 65 | |
| 05/12/2023 | Event Result:: Jury Trial scheduled on:<br>        05/22/2023 09:00 AM<br>Has been: Rescheduled        For the following reason: Request of Defendant<br>Hon. David A Deakin, Presiding<br>Staff:<br>    Douglas Nagengast, Assistant Clerk Magistrate | | |
| 05/17/2023 | Defendant 's Motion To Appear At Scheduling Conference Via Zoom | 66 | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 05/17/2023 | Endorsement on Motion To Appear At Scheduling Conference Via Zoom, (#66.0):  ALLOWED without objection. | | |
| 05/22/2023 | Scheduled:<br>Event: Jury Trial<br>Date: 08/09/2023  Time: 09:00 AM<br>Result: Rescheduled | | |
| 05/22/2023 | Scheduled:<br>Event: Trial Readiness Conference<br>Date: 07/11/2023  Time: 02:00 PM<br>Result: Rescheduled | | |
| 05/22/2023 | Attorney appearance<br>On this date Ryan J Rall, Esq. added as Attorney for the Commonwealth for Prosecutor Middlesex District Attorney | | |
| 05/22/2023 | Event Result::  Scheduling Conference scheduled on:<br>     05/22/2023 09:00 AM<br>Has been: Held via Video/Teleconference<br>Comments: FTR recording<br>Hon. David A Deakin, Presiding<br>Appeared:<br>    Prosecutor<br>        Ryan J Rall, Esq., Attorney for the Commonwealth<br>    Defendant    Steven Perez<br>        Josina Raisler-Cohn, Esq., Appointed - Indigent Defendant<br>Staff:<br>    Douglas Nagengast, Assistant Clerk Magistrate | | |
| 06/05/2023 | Opposition to Defendant's "Motion for Reconsideration" Regarding Motion to Dismiss filed by Middlesex District Attorney | 67 | |
| 06/21/2023 | Matter taken under advisement:  Non-Evidentiary Hearing to Dismiss scheduled on:<br>     06/21/2023 02:00 PM<br>Has been: Held - Under advisement<br>Comments: FTR Monitor - Joan MacEachern<br>Hon. David A Deakin, Presiding<br>Appeared:<br>    Prosecutor<br>        Graham G Van Epps, Esq., Attorney for the Commonwealth<br>        Ryan J Rall, Esq., Attorney for the Commonwealth<br>    Defendant    Steven Perez<br>        Josina Raisler-Cohn, Esq., Appointed - Indigent Defendant<br>Staff:<br>    Douglas Nagengast, Assistant Clerk Magistrate | | |
| 06/23/2023 | Event Result::  Trial Readiness Conference scheduled on:<br>     07/11/2023 02:00 PM<br>Has been: Rescheduled       For the following reason: By Court prior to date<br>Hon. David A Deakin, Presiding<br>Staff:<br>    Douglas Nagengast, Assistant Clerk Magistrate | | |
| 06/23/2023 | Event Result::  Jury Trial scheduled on:<br>     08/09/2023 09:00 AM<br>Has been: Rescheduled       For the following reason: By Court prior to date<br>Hon. David A Deakin, Presiding<br>Staff:<br>    Douglas Nagengast, Assistant Clerk Magistrate | | |
| 06/26/2023 | Scheduled:<br>Event: Jury Trial<br>Date: 02/26/2024  Time: 09:00 AM | | |
| 06/26/2023 | Scheduled:<br>Event: Trial Readiness Conference<br>Date: 02/01/2024  Time: 02:00 PM | | |
| 06/26/2023 | ORDER: Scheduling (SEE SCANNED IMAGE) | 68 | |
| 08/02/2023 | Commonwealth 's notice of Discovery X | 69 | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Active | 09/28/2021 | |

| Disposition | Date | Case Judge |
|---|---|---|
| | | |

Name search is currently unavailable in Land Court. Case type and case number searches are available. For assistance, contact the Land Court Recorder's Office at 617-788-7470. We apologize for any inconvenience this may cause. ✖