# EXHIBIT D

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: January 14, 2022

## FIREARMS TRACE SUMMARY

**Trace Number:** T20210290014  **Request Date:** July 08, 2021  **Completion Date:** July 13, 2021

**GREGORY JONES**
**MA STATE POLICE**
**470 WORCESTER ROAD**
**FRAMINGHAM, MA 01701**
**PHONE:** (508) 820-2300 Ext:
**FAX** (508) 820-2150

**Badge No:** 3454
**Investigation No:** 21-14917

### FIREARM INFORMATION
**Manufacturer:** REMINGTON ARMS COMPANY, INC...
**Model:** 700
**Caliber:** 308
**Serial Number:** RR34590B
**Type:** RIFLE
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:** RISE OF THE MOORS

### RECOVERY INFORMATION
**Recovery Date:** 07/03/2021
**Time to Crime:** 3061 days
ROUTE 95
WAKEFIELD, MA 01880
**Possessor:** JAMHAL TAVON SANDERS-LATIMER
**DOB:**
**POB:**

### PURCHASER INFORMATION
**Purchase Date:** 02/14/2013
NICHOLAS ILDEBERTO ROSA
WATERTOWN, NY 13601
**DOB:**
**POB:** PAWTUCKET, RI UNITED STATES
**Race:** BLACK
**Height:** 5 ft 8 in
**Sex:** Male
**Weight:** 167 lbs
**ID 1:**
**ID 2:**
Contact the local ATF office for additional information.

### DEALER INFORMATION
**FFL:** 61600908
GANDER MOUNTAIN #261
SALMON RUN MALL 21182 SALMON RUN LP WEST
WATERTOWN, NY 13601
**Phone:** (315) 779-1200 Ext:
**Ship-To-Date:** 02/14/2013

### ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

RACE IS ALSO WHITE ON FORM 4473.
SECONDARY ADDRESS CITY/STATE IS FORT DRUM, JEFFERSON COUNTY, NEW YORK 13602 ON FORM 4473.
FIRST IDENTIFICATION IS LISTED AS GENEVA CONVENTION ID ON FORM 4473.
SECOND IDENTIFICATION IS LISTED AS US ARMY PCS ORDERS ON FORM 4473.
SOCIAL SECURITY NUMBER IS GIVEN AS LAST FOUR         ON FORM 4473.

The information in this report must be validated prior to use in any criminal proceedings.

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: January 14, 2022

## FIREARMS TRACE SUMMARY

**Trace Number:** T20210290003   **Request Date:** July 08, 2021   **Completion Date:** July 15, 2021

GREGORY JONES
MA STATE POLICE
470 WORCESTER ROAD
FRAMINGHAM, MA 01701
**PHONE:** (508) 820-2300 Ext:
**FAX** (508) 820-2150

**Badge No:** 3454
**Investigation No:** 21-14917

### FIREARM INFORMATION
**Manufacturer:** DPMS INC.(DEFENSE PROCUREME...
**Model:** A15
**Caliber:** 556
**Serial Number:** FFH294980
**Type:** RIFLE
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:** RISE OF THE MOORS

### RECOVERY INFORMATION
**Recovery Date:** 07/03/2021
**Time to Crime:** 358 days
ROUTE 95
WAKEFIELD, MA 01880
**Possessor:** JAMHAL TAVON SANDERS-LATIMER
**DOB:**
**POB:**

### PURCHASER INFORMATION
**Purchase Date:** 07/10/2020
CHAZ MOSES MURRAY

DETROIT, MI 48224
**DOB:**
**POB:** DETROIT, MI UNITED STATES
**Race:** NATIVE AMERI
**Height:** 6 ft 3 in
**Sex:** Male
**Weight:** 240 lbs
**ID 1:** DRIVER'S LICENSE:
**ID 2:** SOCIAL SECURITY:

Contact the local ATF office for additional information.

### DEALER INFORMATION
**FFL:** 43803656
MOTOR CITY PAWN BROKERS II
26510 GRATIOT
ROSEVILLE, MI 48066
**Phone:** (586) 772-2274 Ext:
**Ship-To-Date:** 07/03/2020

### ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. THE PURCHASER WAS DERIVED FROM THE RECORDS OF A FEDERAL FIREARMS LICENSEE (FFL) WHO WAS REQUIRED TO SUBMIT THEIR ACQUISITION RECORDS FOR USED FIREARMS TO ATF UNDER THE DEMAND 2 PROGRAM. THIS FIREARM WAS PRE-OWNED AND OBTAINED FROM AN UNLICENSED INDIVIDUAL ON THE SECONDARY MARKET BY THIS FFL. THIS RESULT MAY NOT REPRESENT THE ENTIRE CHAIN OF DISTRIBUTION FOR THIS FIREARM. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, TRACING OPERATIONS AND RECORDS MANAGEMENT BRANCH AT 1-800-788-7133.

**Additional Remarks:**
THIS IS A DEMAND MATCH. DEMAND RECORDS LIST FIREARM CALIBER AS MULTI.

The information in this report must be validated prior to use in any criminal proceedings.

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: January 14, 2022

## FIREARMS TRACE SUMMARY

**Trace Number:** T20210289988   **Request Date:** July 08, 2021   **Completion Date:** August 17, 2021

GREGORY JONES
MA STATE POLICE
470 WORCESTER ROAD
FRAMINGHAM, MA 01701
PHONE: (508) 820-2300 Ext:
FAX (508) 820-2150

**Badge No:** 3454
**Investigation No:** 21-14917

### FIREARM INFORMATION
**Manufacturer:** RUGER
**Model:** AR-556
**Caliber:** 556
**Serial Number:** 855-45207
**Type:** RIFLE
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:** RISE OF THE MOORS

### RECOVERY INFORMATION
**Recovery Date:** 07/03/2021
**Time to Crime:**
ROUTE 95
WAKEFIELD, MA 01880
**Possessor:** JAMHAL TAVON SANDERS-LATIMER
**DOB:**
**POB:**

### DEALER INFORMATION
**FFL:** 60434049
IAC
6 G DUNHAM RD
BILLERICA, MA 01821-0000
**Phone:** (978) 667-7060   **Ship-To-Date:** 04/27/2018
Ext:

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO A FEDERAL FIREARMS LICENSEE (FFL) WHO IS A WHOLESALE OR RETAIL DEALER THAT IS NO LONGER IN BUSINESS. THE FIREARM WAS NOT FOUND WITHIN THOSE RECORDS. FOR ANY QUESTIONS PLEASE CONTACT THE ATF NATIONAL TRACING CENTER AT 1-800-788-7133.
**Additional Remarks:**

*Unclassified Controlled Information*

**The information in this report must be validated prior to use in any criminal proceedings.**

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: January 14, 2022

## FIREARMS TRACE SUMMARY

**Trace Number:** T20210289187   **Request Date:** July 07, 2021   **Completion Date:** July 20, 2021

GREGORY JONES
MA STATE POLICE
470 WORCESTER ROAD
FRAMINGHAM, MA 01701
**PHONE:** (508) 820-2300 Ext:
**FAX** (508) 820-2150

**Badge No:** 3454
**Investigation No:** 21-14917

### FIREARM INFORMATION
**Manufacturer:** MOSSBERG
**Model:** 930
**Caliber:** 12
**Serial Number:** AF229534
**Type:** SHOTGUN
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:** RISE OF THE MOORS

### RECOVERY INFORMATION
**Recovery Date:** 07/03/2021
**Time to Crime:** 1430 days
ROUTE 95
WAKEFIELD, MA 01880
**Possessor:** JAMHAL TAVON SANDERS-LATIMER
**DOB:**
**POB:**

### PURCHASER INFORMATION
**Purchase Date:** 08/03/2017
DAVID MIDDLETON PARRY
WEST WARWICK, RI 02893
**DOB:**
**POB:** PROVIDENCE, RI UNITED STATES
**Race:** WHITE    **Height:** 6 ft 0 in
**Sex:** Male     **Weight:** 225 lbs
**ID 1:** RI DRIVER'S LICEN
**ID 2:** SOCIAL SECURITY

Contact the local ATF office for additional information.

### DEALER INFORMATION
**FFL:** 60502185
D & L SHOOTING SUP INC
3314 WEST SHORE RD
WARWICK, RI 02886
**Phone:** (401) 738-1889  Ext:
**Ship-To-Date:** 01/13/2017

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20210289187
**FOR OFFICIAL USE ONLY**
USAO_0014942
Page 1 of 1

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: January 14, 2022

## FIREARMS TRACE SUMMARY

**Trace Number:** T20210289183   **Request Date:** July 07, 2021   **Completion Date:** July 21, 2021

**GREGORY JONES**
MA STATE POLICE
470 WORCESTER ROAD
FRAMINGHAM, MA 01701
PHONE: (508) 820-2300 Ext:
FAX (508) 820-2150

**Badge No:** 3454
**Investigation No:** 21-14917

### FIREARM INFORMATION
**Manufacturer:** PALMETTO STATE ARMORY
**Model:** PA-15
**Caliber:** 556
**Serial Number:** SCD644399
**Type:** RIFLE
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:** RISE OF THE MOORS

### RECOVERY INFORMATION
**Recovery Date:** 07/03/2021
**Time to Crime:** 136 days

ROUTE 95
WAKEFIELD, MA 01880
**Possessor:** JAMHAL TAVON SANDERS-LATIMER
**DOB:**
**POB:**

### PURCHASER INFORMATION
**Purchase Date:** 02/17/2021
QUINN NMN CUMBERLANDER
[redacted]
CLINTON, MD 20735
**DOB:** [redacted]
**POB:** WASHINGTON, DC UNITED STATES
**Race:** BLACK
**Sex:** Male
**Height:** 6 ft 1 in
**Weight:** 220 lbs
**ID 1:** [redacted]
**ID 2:** [redacted]

Contact the local ATF office for additional information.

### DEALER INFORMATION
**FFL:** 85213506
UNITED GUN SHOP
5465 RANDOLPH ROAD SUITE A
ROCKVILLE, MD 20852
**Phone:** (888) 736-0262 Ext:
**Ship-To-Date:** 11/17/2020

### ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20210289183
**FOR OFFICIAL USE ONLY**
USAO_0014943
Page 1 of 1

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
**Print Date: January 14, 2022**

## FIREARMS TRACE SUMMARY

**Trace Number:** T20210289170   **Request Date:** July 07, 2021   **Completion Date:** August 26, 2021

**GREGORY JONES**
**MA STATE POLICE**
**470 WORCESTER ROAD**
**FRAMINGHAM, MA 01701**
**PHONE:** (508) 820-2300 Ext:
**FAX** (508) 820-2150

**Badge No:** 3454
**Investigation No:** 21-14917

### FIREARM INFORMATION
**Manufacturer:** GLOCK GMBH
**Model:** 22
**Caliber:** 40
**Serial Number:** TUN798
**Type:** PISTOL
**Country:** AUSTRIA
**Importer:** GLOCK INC, SMYRNA GA
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:** RISE OF THE MOORS

### RECOVERY INFORMATION
**Recovery Date:** 07/03/2021
**Time to Crime:** 3004 days
ROUTE 95
WAKEFIELD, MA 01880
**Possessor:** JAMHAL TAVON SANDERS-LATIMER
**DOB:**
**POB:**

### PURCHASER INFORMATION
**Purchase Date:** 04/12/2013
LEO MICHAEL COURTOIS
PAWTUCKET, RI 02860
**DOB:**
**POB:** RI UNITED STATES
**Race:** WHITE
**Height:** 5 ft 9 in
**Sex:** Male
**Weight:** 220 lbs
**ID 1:**
**ID 2:** :

### DEALER INFORMATION
**FFL:** 60500183
COMPETITION SHOOTING SUPPLIES
435 (REAR) BENEFIT ST
PAWTUCKET, RI 02861
**Phone:** (401) 727-1716 Ext:
**Ship-To-Date:** 01/07/2013

Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20210289170   USAO_0014944
**FOR OFFICIAL USE ONLY**   Page 1 of 1

*Unclassified Controlled Information*

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: January 14, 2022

## FIREARMS TRACE SUMMARY

**Trace Number:** T20210289163  **Request Date:** July 07, 2021  **Completion Date:** July 21, 2021

GREGORY JONES
MA STATE POLICE
470 WORCESTER ROAD
FRAMINGHAM, MA 01701
**PHONE:** (508) 820-2300 Ext:
**FAX** (508) 820-2150

**Badge No:** 3454
**Investigation No:** 21-14917

### FIREARM INFORMATION
**Manufacturer:** TAURUS
**Model:** G3
**Caliber:** 9
**Serial Number:** ABL140844
**Type:** PISTOL
**Country:** BRAZIL
**Importer:** TAURUS INTERNATIONAL MFG.;...
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:** RISE OF THE MOORS

### RECOVERY INFORMATION
**Recovery Date:** 07/03/2021
**Time to Crime:** 212 days
ROUTE 95
WAKEFIELD, MA 01880
**Possessor:** JAMHAL TAVON SANDERS-LATIMER
**DOB:**
**POB:**

### PURCHASER INFORMATION
**Purchase Date:** 12/03/2020
CHAZ MOSES MURRAY
DETROIT, MI 48224
**DOB:**
**POB:** DETROIT, MI UNITED STATES
**Race:** BLACK  **Height:** 6 ft 2 in
**Sex:** Male  **Weight:** 220 lbs
**ID 1:**
**ID 2:**
Contact the local ATF office for additional information.

### DEALER INFORMATION  **FFL:** 43835919
MOTOR CITY PAWN BROKERS INC
22100 VAN DYKE
WARREN, MI 48089-0000
**Phone:** (586) 585-9101 Ext:
**Ship-To-Date:** 11/19/2020

### ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**
A SMITH AND WESSON SD9VE 9MM PISTOL WAS ALSO PURCHASED ON THIS DATE

The information in this report must be validated prior to use in any criminal proceedings.

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: January 14, 2022

## FIREARMS TRACE SUMMARY

**Trace Number:** T20210289008  **Request Date:** July 07, 2021  **Completion Date:** July 26, 2021

GREGORY JONES
MA STATE POLICE
470 WORCESTER ROAD
FRAMINGHAM, MA 01701
**PHONE:** (508) 820-2300 Ext:
**FAX** (508) 820-2150

**Badge No:** 3454
**Investigation No:**

### FIREARM INFORMATION
**Manufacturer:** GLOCK INC.
**Model:** 44
**Caliber:** 22
**Serial Number:** AELY222
**Type:** PISTOL
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:** GLOCK INC, SMYRNA GA
**NIBIN:**
**Gang Name:** RISE OF THE MOORS

### RECOVERY INFORMATION
**Recovery Date:** 07/03/2021
**Time to Crime:** 345 days
ROUTE 95
WAKEFIELD, MA 01880
**Possessor:** JAMHAL TAVON SANDERS-LATIMER
**DOB:**
**POB:**

### PURCHASER INFORMATION
**Purchase Date:** 07/23/2020
KEITH ANTHONY VEREEN

MYRTLE BEACH, SC 29577
**DOB:**
**POB:** BRONX, NY UNITED STATES
**Race:** BLACK           **Height:** 5 ft 8 in
**Sex:** Male             **Weight:** 190 lbs
**ID 1:**
**ID 2:**
Contact the local ATF office for additional information.

### DEALER INFORMATION
**FFL:** 15705851
ELITE FIREARMS LLC
3120 WACCAMAW BLVD UNIT A
MYRTLE BEACH, SC 29579
**Phone:** (843) 877-6368   **Ship-To-Date:** 07/16/2020
Ext:

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.
**Additional Remarks:**
PURCHASER LISTED ETHNICITY AS HISPANIC OR LATINO.

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20210289008
**FOR OFFICIAL USE ONLY**

USAO_0014946
Page 1 of 1

**DEPARTMENT OF JUSTICE**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**
NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: January 14, 2022

## FIREARMS TRACE SUMMARY

Trace Number: T20210288181     Request Date: July 07, 2021     Completion Date: August 03, 2021

**GREGORY JONES**
MA STATE POLICE
470 WORCESTER ROAD
FRAMINGHAM, MA 01701
**PHONE:** (508) 820-2300 Ext:
**FAX** (508) 820-2150

**Badge No:** 3454
**Investigation No:** 21-14917

### FIREARM INFORMATION
**Manufacturer:** CZ (CESKA ZBROJOVKA)
**Model:** CZ P-10 C
**Caliber:** 9
**Serial Number:** C593014
**Type:** PISTOL
**Country:** CZECHOSLOVAKIA
**Importer:** CZ-USA, KANSAS CITY KS
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:** RISE OF THE MOORS

### RECOVERY INFORMATION
**Recovery Date:** 07/03/2021
**Time to Crime:** 780 days
ROUTE 95
WAKEFIELD, MA 01880
**Possessor:** JAMHAL TAVON SANDERS-LATIMER
**DOB:**
**POB:**

### PURCHASER INFORMATION
**Purchase Date:** 05/15/2019
QUINN NMN CUMBERLANDER
UPPER MARLBORO, MD 20772
**DOB:**
**POB:** WASHINGTON, DC UNITED STATES
**Race:** NATIVE AMERI
**Height:** 6 ft 1 in
**Sex:** Male
**Weight:** 225 lbs
**ID 1:**
**ID 2:**
Contact the local ATF office for additional information.

### DEALER INFORMATION
**FFL:** 85208870
MARYLAND SMALL ARMS RANGE INC
9801 FALLARD COURT
UPPER MARLBORO, MD 20772
**Phone:** (301) 599-0800 Ext:
**Ship-To-Date:** 12/03/2018

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.
**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20210288181     USAO_0014947
**FOR OFFICIAL USE ONLY**     Page 1 of 1

*Unclassified Controlled Information*