# EXHIBIT B



**Extraction Report** - Apple iOS Full File system



Participants

| | |
|---|---|
| | 1114879431<br>Iyanga Sekhmet Saa Bey 🔲🔲🔲🔲🔲🔲🔲  🔲🔲🔲🔲 |
| | 1710464061<br>Cush Dey |
| | 1863331330<br>Rashad Bey |
| | 1750028871<br>Manny Gonzalez |
| | 1613813011<br>Tariq Bey |
| | 1764366611<br>Njambi Waweru El |
| | 1315085789<br>Hatat |
| | 1608832021<br>Jamhal Abdullah Bey (owner) |
| | 909794331<br>Shawn Dinero (admin) |
| | 1586131769<br>Jamil Rasul Bey |
| | 1779913523<br>Conald pierre |
| | 1731799270<br>Hani Abdullah Bey |
| | 1723114504<br>C El Bey |
| | 1749457410<br>Daniel El 🔲 |
| | 1605811039<br>Nasir Bey |
| | 1758302980 |

1

Tariff Bey

997990233
DeVonte Bey

1627391054
Ausar Rael Bey

938994046
G El

1783991757
Hakeem Bey

1663380522
Yusef El Trey Cara Bey

1657533635
Quinn

1490594262
S.Wade El ᴍᴀ

1714037032
Salim Bey

1711583054
Al Aseem Padilla El

910443941
A J

1866621565
Yeshua Mikha'el Bey

1764162449
Akwa Azeem Bey

1893076159
Jwakoo El Bey DeLaMoor

1073970712
Amor Bey

1801750108
RAZIN

1637633704
Sade Renee El

1726408690
Zahir Talib El

1692572813
Shah Jah Tre Amarh El

1790404203
Ashé bka "Zero"

1666827786
Julisa Amurra Adonay El

1755058474
Anubis King-Bey

1789250502
LeCet Ares Gilberta Bey

1089594871
Omaar El

1764534314
Geymy Zapata Bey

1787904709
Jenah Aryah El

1438487491
Fabio Pimentel

1661052381
Noble Geymy Bey

1226220194
Frank White

1714961959
El Bey Ali

1741565079
K R

1665382096
Rajul Jair Muharib Dey

1786678031
Ra Ka El

Conversation - Instant Messages (5)

From: 1608832021 Jamhal Abdullah Bey (owner)

Operation Fountainhead July 3rd - 7th 2021; Packing list

•Firearm
•ammunition
•Four 30-round magazines
•Rifle cleaning kit
•plate carrier with level III+ SAPI's
•IFAK (is divide all first aid kit)
•Kevlar
•boots
•Tent
•day pack
•Sleeping bag
•Isomat (sleeping pad)
•hygiene wipes and toilet paper
•tooth brush
•tooth paste
•E-tool (small shovel)
•woodland BDU's
•camelbak (hydration backpack)
•Socks
•under wear
•BAOFENG UV-5R Two Way Radio
•Minimum of 320 ounces of potable water
•compass
•3.5 days worth of food.
•fire-starters
•fire extinguishers

A fire-watch list needs to be created.
A personnel list needs to be created.
Fiat will need to be collected for gas.

What we need volunteers for:
•2 drivers
•2 RSO's (Rage Safety Officer)
•Designated Medic
•Cooks

6/6/2021 4:07:52 PM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x39C58 (Size: 9195520 bytes)

From: 1608832021 Jamhal Abdullah Bey (owner)

Operation Fountainhead July 3rd - 7th 2021; Packing list

•Firearm
•ammunition
•Four 30-round magazines
•Rifle cleaning kit
•plate carrier with level III+ SAPI's
•IFAK (is divide all first aid kit)
•Kevlar
•boots
•Tent
•day pack
•Sleeping bag
•Isomat (sleeping pad)
•hygiene wipes and toilet paper
•tooth brush
•tooth paste
•E-tool (small shovel)
•woodland BDU's
•camelbak (hydration backpack)
•Socks
•under wear
•BAOFENG UV-5R Two Way Radio
•Minimum of 320 ounces of potable water
•compass
•3.5 days worth of food.
•fire-starters
•fire extinguishers

A fire-watch list needs to be created.
A personnel list needs to be created.
Fiat will need to be collected for gas.

What we need volunteers for:
•2 drivers
•2 RSO's (Rage Safety Officer)
•Designated Medic
•Cooks

**Attachments:**



Size: 0
(Empty File)

6/21/2021 5:24:54 PM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x624AEA (Size: 9195520 bytes)

From: 1764366611 Njambi Waweru El

Salaam Bratha Razin
East Coast: Operation Fountainhead
 Training Dates: July 3rd- July 7th.
 Check list Provided.
Meeting Point: Nahigansett Territory.
 C.O.O.( Commander Of Operation): Bratha Talib Jamhal.
  Shukran. Jah Guide.
 Any further questions and or Information, kindly reach out to the C.O.O. Shukran. Jah Guide.

6/22/2021 9:08:01 PM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x7E6820 (Size: 9195520 bytes)

From: 1608832021 Jamhal Abdullah Bey (owner)

Operation Fountainhead July 3rd - 7th 2021; Packing list

•Firearm
•ammunition
•Four 30-round magazines
•Rifle cleaning kit
•plate carrier with level III+ SAPI's
•IFAK (is divide all first aid kit)
•Kevlar
•boots
•Tent
•day pack
•Sleeping bag
•Isomat (sleeping pad)
•hygiene wipes and toilet paper
•tooth brush
•tooth paste
•E-tool (small shovel)
•woodland BDU's
•camelbak (hydration backpack)
•Socks
•under wear
•BAOFENG UV-5R Two Way Radio
•Minimum of 320 ounces of potable water
•compass
•3.5 days worth of food.
•fire-starters
•fire extinguishers

A fire-watch list needs to be created.
A personnel list needs to be created.
Fiat will need to be collected for gas.

What we need volunteers for:
•2 drivers
•2 RSO's (Rage Safety Officer)
•Designated Medic
•Cooks

6/28/2021 7:13:56 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x6741A8 (Size: 9195520 bytes)

From: 1666827786 Julisa Amurra Adonay El

Ⓒ   EAST COAST TRAINING ᴍᴀ:

Operation Fountainhead July 3rd - 7th 2021; Packing list

•Firearm
•ammunition
•Four 30-round magazines
•Rifle cleaning kit
•plate carrier with level III+ SAPI's
•IFAK (is divide all first aid kit)
•Kevlar
•boots
•Tent
•day pack
•Sleeping bag
•Isomat (sleeping pad)
•hygiene wipes and toilet paper
•tooth brush
•tooth paste
•E-tool (small shovel)
•woodland BDU's
•camelbak (hydration backpack)
•Socks
•under wear
•BAOFENG UV-5R Two Way Radio
•Minimum of 320 ounces of potable water
•compass
•3.5 days worth of food.
•fire-starters
•fire extinguishers

A fire-watch list needs to be created.
A personnel list needs to be created.
Fiat will need to be collected for gas.

What we need volunteers for:
•2 drivers
•2 RSO's (Rage Safety Officer)
•Designated Medic
•Cooks

6/30/2021 5:58:44 PM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x86B2B5 (Size: 9195520 bytes)