# EXHIBIT C

# Extraction Report - Apple iOS Full File system

## Participants

1114879431
Iyanga Sekhmet Saa Bey

1710464061
Cush Dey

1863331330
Rashad Bey

1750028871
Manny Gonzalez

1613813011
Tariq Bey

1764366611
Njambi Waweru El

1315085789
Hatat

1608832021
Jamhal Abdullah Bey (owner)

909794331
Shawn Dinero (admin)

1586131769
Jamil Rasul Bey

1779913523
Conald pierre

1731799270
Hani Abdullah Bey

1723114504
C El Bey

1749457410
Daniel El

1605811039
Nasir Bey

1758302980

1

Tariff Bey

997990233
DeVonte Bey

1627391054
Ausar Rael Bey

938994046
G El

1783991757
Hakeem Bey

1663380522
Yusef El Trey Cara Bey

1657533635
Quinn

1490594262
S.Wade El ᴍᴀ

1714037032
Salim Bey

1711583054
Al Aseem Padilla El

910443941
A J

1866621565
Yeshua Mikha'el Bey

1764162449
Akwa Azeem Bey

1893076159
Jwakoo El Bey DeLaMoor

1073970712
Amor Bey

1801750108
RAZIN

1637633704
Sade Renee El

1726408690
Zahir Talib El

1692572813
Shah Jah Tre Amarh El

1790404203
Ashé bka "Zero"

1666827786
Julisa Amurra Adonay El

1755058474
Anubis King-Bey

1789250502
LeCet Ares Gilberta Bey

1089594871
Omaar El

1764534314
Geymy Zapata Bey

1787904709
Jenah Aryah El

1438487491
Fabio Pimentel

1661052381
Noble Geymy Bey

1226220194
Frank White

1714961959
El Bey Ali

1741565079
K R

1665382096
Rajul Jair Muharib Dey

1786678031
Ra Ka El

**From:** 1608832021 Jamhal Abdullah Bey (owner)

The mission of the Marine Corps rifle squad is to locate, close with and destroy the enemy by fire and maneuver or to repel the enemy's assault by fire and close combat.

6/12/2021 9:41:43 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x4C2554 (Size: 9195520 bytes)

**From:** 1608832021 Jamhal Abdullah Bey (owner)

https://en.m.wikipedia.org/wiki/Fire_and_movement

6/12/2021 9:52:49 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x644A16 (Size: 9195520 bytes)

**From:** 1608832021 Jamhal Abdullah Bey (owner)

https://en.m.wikipedia.org/wiki/Fire_and_movement

6/12/2021 9:52:49 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x4C23A9 (Size: 9195520 bytes)

**From:** 1608832021 Jamhal Abdullah Bey (owner)

The two major techniques of squad assault are bounded fire and advancing under the cover of suppressive fire of supporting units. Bounded fire entails having one element of the squad provide covering fire and field obscuration while the second element maneuvers forward to provide covering fire that allows the first element to leapfrog forward.

6/12/2021 9:54:45 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x644590 (Size: 9195520 bytes)

**From:** 1608832021 Jamhal Abdullah Bey (owner)

In military operations, reconnaissance or scouting is the exploration of an area by military forces to obtain information about enemy forces, terrain, and other activities.

6/12/2021 9:55:20 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x732796 (Size: 9195520 bytes)

From: 1608832021 Jamhal Abdullah Bey (owner)

https://www.uscybersecurity.net/csmag/tell-it-to-the-marines-leadership-principles-and-network-security/

6/12/2021 9:56:35 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x732997 (Size: 9195520 bytes)

From: 1608832021 Jamhal Abdullah Bey (owner)

https://en.m.wikipedia.org/wiki/Five_paragraph_order

6/12/2021 9:57:06 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x737373 (Size: 9195520 bytes)

From: 1608832021 Jamhal Abdullah Bey (owner)

Outline of five paragraph order:
I. Situation
•A. Enemy Forces
1Enemy's Composition, Disposition, Strength
2Enemy's Capabilities & Limitations:(DRAW-DG) Defend, Reinforce, Attack, Withdraw, Delay, Gas
3Enemy's Most Likely Course Of Action (EMLCOA)
4Enemy's Most Dangerous Course of Action
•B. Friendly Forces
1Higher's Mission & Intent
2Adjacent Units
•North/South/East/West
•Same Echelon
3Supporting
•C. Attachments/Detachment
•D. Civil/Terrain considerations
II. Mission
Who, What (Tactical Task), Where, When, and Why?
III. Execution
•A. Commander's Intent[2]
1Center of Gravity
2Critical Vulnerability
3Exploitation Plan
4Desired Endstate
•B. Concept of the Operations
1Scheme of Maneuver
2Fire Support Plan
•C. Tasks
•D. Coordinating Instructions
IV. Administration/Logistics (Service Support in the Army version)
•A. Administration – "Bad Guys & Bandages": Enemy Prisoners of War ("EPW") & Casualty evacuation ("Casevac") Plans
•B. Logistics – "Beans, Bullets, & Batteries": Food, Ammunition, Supply, Communications, Pyrotechnics, etc.
V. Command/Signal (Command and Signal in the Army version)
•A. Signal
1Primary
2Alternate
3Contingency
4Emergency
•B. Command
1Location of Key Leaders
2Succession of Command

6/12/2021 9:57:49 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x73E42C (Size: 9195520 bytes)

From: 1608832021 Jamhal Abdullah Bey (owner)

OPORD [sequential order number and fiscal year] [code name] - [issuing headquarters]
(place the overall security classification and an abbreviated title at the top of the second and

any following pages.)
1. SITUATION.
a. Area of Interest.
b. Area of Operations.
(1) Terrain.
(2) Weather.
c. Enemy Forces.
(1) Composition, Disposition, and Strength.
(2) Recent Activities.
(3) Locations and Capabilities.
(4) Enemy COAs (Courses of Action).
d. Friendly Forces.
(1) Higher HQ Mission and Intent.
(2) Mission of Adjacent Units.
e. Attachments and Detachments.
2. MISSION. A concise statement that includes the Who, What, Where, When, and Why of the operation to be conducted.
3. EXECUTION.
a. Commander's Intent
b. Concept of operations.
(1) Maneuver.
(2) Fires.
(3) Reconnaissance and Surveillance.
(4) Intelligence.
(5) Engineer.
(6) Air Defense.
(7) Information Operations.
c. Scheme of Movement and Maneuver.
d. Scheme of Fires.
e. Casualty Evacuation.
f. Tasks to Subordinate Units
g. Tasks to Combat Support.
(1) Intelligence.
(2) Engineer.
(3) Fire Support.
(4) Air Defense.
(5) Signal.
(6) CBRNE (Chemical, Biological, Radiological, Nuclear, and Explosive weapons)
(7) Provost Marshal.
(8) MISO (Military Information Support Operations, formerly Psychological Operations or PSYOP)
(9) Civil Military.
h. Coordinating Instructions.
(1) Time or condition when the plan or order becomes effective.
(2) CCIR (Commander's Critical Information Requirements)
(3) EEFI (Essential Elements of Friendly Information)
(4) Risk Reduction Control Measures.
(5) Rules of Engagement.
(6) Environmental Considerations.
(7) Force Protection.
4. SUSTAINMENT.
a. Logistics.
(1) Sustainment Overlay.
(2) Maintenance.
(3) Transportation.
(4) Supply.
(5) Field Services.
b. Personnel Services Support.
(1) Method of marking and handling EPWs.
(2) Religious Services.
c. Army Health System Support.
(1) Medical Command and Control.
(2) Medical Treatment.
(3) Medical Evacuation.
(4) Preventive Medicine.
5. COMMAND AND CONTROL.
a. Command.
(1) Location of Commander.
(2) Succession of Command.
b. Control.
(1) Command Posts.
(2) Reports.
c. Signal.
(1) SOI index in effect.
(2) Methods of communication by priority.
(3) Pyrotechnics and Signals.
(4) Code Words.
(5) Challenge and Password.
(6) Number Combination.
(7) Running Password.
(8) Recognition Signals.

6/12/2021 9:58:54 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x5BF1CD (Size: 9195520 bytes)

**From: 1608832021 Jamhal Abdullah Bey (owner)**

We could have 5 platoons with the amount of people in this group. That's damn near a Company.

6/12/2021 9:59:42 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x4BCF3B (Size: 9195520 bytes)

**From: 1608832021 Jamhal Abdullah Bey (owner)**

A company is a military unit, typically consisting of 80–250 soldiers and usually commanded by a major or a captain. Most companies are formed of three to six platoons, although the exact number may vary by country, unit type, and structure.

6/12/2021 10:00:37 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x4BCD04 (Size: 9195520 bytes)

**From: 1608832021 Jamhal Abdullah Bey (owner)**

👀 👀 👀 👀

6/12/2021 10:01:03 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x4BCC79 (Size: 9195520 bytes)

**From: 1657533635 Quinn**

⚜

6/12/2021 10:01:32 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x4BCC0F (Size: 9195520 bytes)

**From: 1758302980 Tariff Bey**

 💪 🧱 ⭕ 7  📱MA

6/12/2021 10:01:50 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x4BCB90 (Size: 9195520 bytes)

**From: 1608832021 Jamhal Abdullah Bey (owner)**

This could be us - https://youtu.be/dM0uwd6Vy_I

6/12/2021 10:03:07 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x4BC4BD (Size: 9195520 bytes)

**From: 1758302980 Tariff Bey**
But " Moors scared of everything.."
6/12/2021 10:03:34 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x4BC434 (Size: 9195520 bytes)

**From: 1608832021 Jamhal Abdullah Bey (owner)**
A platoon normally consists of 13 people.
6/12/2021 10:04:22 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x4BC390 (Size: 9195520 bytes)

**From: 1608832021 Jamhal Abdullah Bey (owner)**
**Attachments:**



Size: 11483
File name: telegram-cloud-photo-size-1-5053379472056756505-m
telegram-cloud-photo-size-1-5053379472056756505-m

6/12/2021 10:05:34 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x3889E1 (Size: 9195520 bytes)
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/media/telegram-cloud-photo-size-1-5053379472056756505-m :  (Size: 11483 bytes)

**From: 1758302980 Tariff Bey**
I'm pvt Gully where my dog tags
6/12/2021 10:06:18 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x38882F (Size: 9195520 bytes)

8

From: 1608832021 Jamhal Abdullah Bey (owner)

**Attachments:**



Size: 6519
File name: telegram-cloud-photo-size-1-5053379472056756507-m
telegram-cloud-photo-size-1-5053379472056756507-m

6/12/2021 10:50:45 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x3885B8 (Size: 9195520 bytes)
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/media/telegram-cloud-photo-size-1-5053379472056756507-m :  (Size: 6519 bytes)

From: 1608832021 Jamhal Abdullah Bey (owner)

**Attachments:**



Size: 6241
File name: telegram-cloud-photo-size-1-5053379472056756508-m
telegram-cloud-photo-size-1-5053379472056756508-m

6/12/2021 10:50:49 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x3882CE (Size: 9195520 bytes)
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/media/telegram-cloud-photo-size-1-5053379472056756508-m :  (Size: 6241 bytes)

From: 1731799270 Hani Abdullah Bey

**Attachments:**



Size: 5894541
File name: telegram-cloud-document-1-5053379471600517670
telegram-cloud-document-1-5053379471600517670

6/12/2021 11:35:48 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x38BC10 (Size: 9195520 bytes)
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/media/telegram-cloud-document-1-5053379471600517670 :  (Size: 5894541 bytes)

From: 1731799270 Hani Abdullah Bey

Getting my rep's in.

6/12/2021 11:35:49 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x38B663 (Size: 9195520 bytes)

**From: 1608832021 Jamhal Abdullah Bey (owner)**

💪 🟫

6/12/2021 11:42:01 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x38B53E (Size: 9195520 bytes)

**From: 1758302980 Tariff Bey**

💪🟫 💪🟫 ⭕7

6/12/2021 11:52:39 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x38B4B6 (Size: 9195520 bytes)

**System Message System Message**

<1755058474 (PeerId) joined the group via link>

6/12/2021 1:47:57 PM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x38A688 (Size: 9195520 bytes)

**From: 1608832021 Jamhal Abdullah Bey (owner)**

https://usarmorment.com/223-remington-c-1_226/lake-city-556-bm200-blanksb-1000-round-case-p-1969.html

6/12/2021 7:04:12 PM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x38ABB6 (Size: 9195520 bytes)

**From: 1608832021 Jamhal Abdullah Bey (owner)**

https://usarmorment.com/223-remington-c-1_226/lake-city-556-bm200-blanksb-1000-round-case-p-1969.html

6/12/2021 7:04:12 PM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x5450F5 (Size: 9195520 bytes)

**From: 1608832021 Jamhal Abdullah Bey (owner)**

https://store.armyproperty.com/products/m23-blank-firing-adapter-bfa-yellow-nsn-1005-01-361-8208-for-m4-m4a1-rifle.html

6/12/2021 7:08:05 PM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x38A700 (Size: 9195520 bytes)

**From: 1608832021 Jamhal Abdullah Bey (owner)**

If any Moors would like to coordinate to order blanks and the blank-firing-adapters for your training event in July that would be great.

6/12/2021 7:11:28 PM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x38A586 (Size: 9195520 bytes)

**From: 1608832021 Jamhal Abdullah Bey (owner)**

With those we can practice firing and maneuvering against each other. Practice ambushes, assault fighting positions etc.

6/12/2021 7:12:15 PM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x38A493 (Size: 9195520 bytes)

**From: 1758302980 Tariff Bey**

The 14$+  1/ Moor??

6/12/2021 8:09:49 PM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x38A41A (Size: 9195520 bytes)

**From: 1608832021 Jamhal Abdullah Bey (owner)**

I have $14

6/12/2021 8:10:15 PM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x38A396 (Size: 9195520 bytes)

**From: 1608832021 Jamhal Abdullah Bey (owner)**

We may need more than 1000 blanks though.

6/12/2021 8:10:55 PM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x38A2F2 (Size: 9195520 bytes)