# EXHIBIT D



**Extraction Report** - Apple iOS Full File system



## Participants

1114879431
Iyanga Sekhmet Saa Bey 🔒📵⏳😎📵♂️  ⌨️⏳🔒📵

1710464061
Cush Dey

1863331330
Rashad Bey

1750028871
Manny Gonzalez

1613813011
Tariq Bey

1764366611
Njambi Waweru El

1315085789
Hatat

1608832021
Jamhal Abdullah Bey (owner)

909794331
Shawn Dinero (admin)

1586131769
Jamil Rasul Bey

1779913523
Conald pierre

1731799270
Hani Abdullah Bey

1723114504
C El Bey

1749457410
Daniel El 🎭

1605811039
Nasir Bey

1758302980

Tariff Bey

997990233
DeVonte Bey

1627391054
Ausar Rael Bey

938994046
G El

1783991757
Hakeem Bey

1663380522
Yusef El Trey Cara Bey

1657533635
Quinn

1490594262
S.Wade El ᴍᴀ

1714037032
Salim Bey

1711583054
Al Aseem Padilla El

910443941
A J

1866621565
Yeshua Mikha'el Bey

1764162449
Akwa Azeem Bey

1893076159
Jwakoo El Bey DeLaMoor

1073970712
Amor Bey

1801750108
RAZIN

1637633704
Sade Renee El

1726408690
Zahir Talib El

1692572813
Shah Jah Tre Amarh El

1790404203
Ashé bka "Zero"

1666827786
Julisa Amurra Adonay El

1755058474
Anubis King-Bey

1789250502
LeCet Ares Gilberta Bey

1089594871
Omaar El

1764534314
Geymy Zapata Bey

1787904709
Jenah Aryah El

1438487491
Fabio Pimentel

1661052381
Noble Geymy Bey

1226220194
Frank White

1714961959
El Bey Ali

1741565079
K R

1665382096
Rajul Jair Muharib Dey

1786678031
Ra Ka El

From: 1586131769 Jamil Rasul Bey

Lucha has been abducted on "weapon" charges not sure what was the pc on why they even stopped him.

6/24/2021 12:48:00 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x768B51 (Size: 9195520 bytes)

From: 1608832021 Jamhal Abdullah Bey (owner)

**Attachments:**



Size: 16186
File name: telegram-cloud-photo-size-1-5089472435887122852-m
telegram-cloud-photo-size-1-5089472435887122852-m

6/24/2021 6:58:03 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x76814D (Size: 9195520 bytes)
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/media/telegram-cloud-photo-size-1-5089472435887122852-m :  (Size: 16186 bytes)

From: 1608832021 Jamhal Abdullah Bey (owner)

When is his date? Is he held without bail? How much is the bail?

6/24/2021 6:58:23 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x7925EE (Size: 9195520 bytes)



## Extraction Report – Apple iOS Full File system

Participants

---

1114879431
Iyanga Sekhmet Saa Bey

1710464061
Cush Dey

1863331330
Rashad Bey

1750028871
Manny Gonzalez

1613813011
Tariq Bey

1764366611
Njambi Waweru El

1315085789
Hatat

1608832021
Jamhal Abdullah Bey (owner)

909794331
Shawn Dinero (admin)

1586131769
Jamil Rasul Bey

1779913523
Conald pierre

1731799270
Hani Abdullah Bey

1723114504
C El Bey

1749457410
Daniel El

1605811039
Nasir Bey

1758302980




1

Tariff Bey

997990233
DeVonte Bey

1627391054
Ausar Rael Bey

938994046
G El

1783991757
Hakeem Bey

1663380522
Yusef El Trey Cara Bey

1657533635
Quinn

1490594262
S.Wade El ᴍᴀ

1714037032
Salim Bey

1711583054
Al Aseem Padilla El

910443941
A J

1866621565
Yeshua Mikha'el Bey

1764162449
Akwa Azeem Bey

1893076159
Jwakoo El Bey DeLaMoor

1073970712
Amor Bey

1801750108
RAZIN

1637633704
Sade Renee El

1726408690
Zahir Talib El

1692572813
Shah Jah Tre Amarh El

1790404203
Ashé bka "Zero"

1666827786
Julisa Amurra Adonay El

1755058474
Anubis King-Bey

1789250502
LeCet Ares Gilberta Bey

1089594871
Omaar El

1764534314
Geymy Zapata Bey

1787904709
Jenah Aryah El

1438487491
Fabio Pimentel

1661052381
Noble Geymy Bey

1226220194
Frank White

1714961959
El Bey Ali

1741565079
K R

1665382096
Rajul Jair Muharib Dey

1786678031
Ra Ka El

From: 910443941 A J

We are currently waiting for him to let us know. They're trying to hit him with weopons charges though and appreciate it.

6/24/2021 9:49:09 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-925166841899129093/postbox/db/db_sqlite : 0x792AAD (Size: 9195520 bytes)

From: 910443941 A J

Of course the pigs won't tell us what he was arrested for

6/24/2021 9:49:28 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/7 1B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-925166841899129093/postbox/db/db_sqlite : 0x7E0E14 (Size: 9195520 bytes)

From: 1608832021 Jamhal Abdullah Bey (owner)

Of course not. War is deception.

6/24/2021 9:53:26 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/S hared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-925166841899129093/postbox/db/db_sqlite : 0x7E0A38 (Size: 9195520 bytes)

From: 910443941 A J

Facts

6/24/2021 9:54:53 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/S hared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-925166841899129093/postbox/db/db_sqlite : 0x7E0F52 (Size: 9195520 bytes)

From: 910443941 A J

We will keep you updated as soon as we get some more info

6/24/2021 9:55:25 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/7 1B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-925166841899129093/postbox/db/db_sqlite : 0x7E0EB3 (Size: 9195520 bytes)



**Extraction Report** - Apple iOS Full File system

## Participants

1114879431
Iyanga Sekhmet Saa Bey 🔒▨👤📵▨♂   👁👤🔒▨

1710464061
Cush Dey

1863331330
Rashad Bey

1750028871
Manny Gonzalez

1613813011
Tariq Bey

1764366611
Njambi Waweru El

1315085789
Hatat

1608832021
Jamhal Abdullah Bey (owner)

909794331
Shawn Dinero (admin)

1586131769
Jamil Rasul Bey

1779913523
Conald pierre

1731799270
Hani Abdullah Bey

1723114504
C El Bey

1749457410
Daniel El 🕎

1605811039
Nasir Bey

1758302980

1

Tariff Bey

997990233
DeVonte Bey

1627391054
Ausar Rael Bey

938994046
G El

1783991757
Hakeem Bey

1663380522
Yusef El Trey Cara Bey

1657533635
Quinn

1490594262
S.Wade El ᴍᴀ

1714037032
Salim Bey

1711583054
Al Aseem Padilla El

910443941
A J

1866621565
Yeshua Mikha'el Bey

1764162449
Akwa Azeem Bey

1893076159
Jwakoo El Bey DeLaMoor

1073970712
Amor Bey

1801750108
RAZIN

1637633704
Sade Renee El

1726408690
Zahir Talib El

1692572813
Shah Jah Tre Amarh El

1790404203
Ashé bka "Zero"

1666827786
Julisa Amurra Adonay El

1755058474
Anubis King-Bey

1789250502
LeCet Ares Gilberta Bey

1089594871
Omaar El

1764534314
Geymy Zapata Bey

1787904709
Jenah Aryah El

1438487491
Fabio Pimentel

1661052381
Noble Geymy Bey

1226220194
Frank White

1714961959
El Bey Ali

1741565079
K R

1665382096
Rajul Jair Muharib Dey

1786678031
Ra Ka El

Conversation - Instant Messages (10)

From: 1608832021 Jamhal Abdullah Bey (owner)

NY is fucking filthy! They move dirty.

6/24/2021 10:46:45 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-
9251668418991289093/postbox/db/db_sqlite : 0x61D2C8 (Size: 9195520 bytes)

From: 1586131769 Jamil Rasul Bey

Before we can argue anything we have to see a judge there making it difficult cause he not
giving finger prints

6/24/2021 10:58:58 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-
66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x623BF4 (Size: 9195520 bytes)

From: 1586131769 Jamil Rasul Bey

Im with him on this one not to finger print they trying to charge his straw

6/24/2021 11:00:36 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-
C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x623B43 (Size:
9195520 bytes)

From: 1608832021 Jamhal Abdullah Bey (owner)

Do we know which court would be processing him?

6/24/2021 11:07:47 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/Ap
pGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-
9251668418991289093/postbox/db/db_sqlite : 0x623F6B (Size: 9195520 bytes)

From: 1657533635 Quinn

Fuck

6/24/2021 11:12:02 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-
9251668418991289093/postbox/db/db_sqlite : 0x623968 (Size: 9195520 bytes)

From: 910443941 A J

At the moment no

6/24/2021 11:14:02 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/S
hared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-
9251668418991289093/postbox/db/db_sqlite : 0x623CC8 (Size: 9195520 bytes)

From: 1608832021 Jamhal Abdullah Bey (owner)

Y'all need to be in RI. It's less of a threat.

6/24/2021 11:18:33 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x6239D2 (Size: 9195520 bytes)

From: 1608832021 Jamhal Abdullah Bey (owner)

Where there is unity. There is strength.

6/24/2021 11:38:54 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x6234E9 (Size: 9195520 bytes)

From: 1586131769 Jamil Rasul Bey

Salaam GS you are right by September I would be out there

6/24/2021 1:18:48 PM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x623ECC (Size: 9195520 bytes)

From: 1586131769 Jamil Rasul Bey

So here is an update on Lucha status he has been transported to the bookings.

6/24/2021 1:20:27 PM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x623E19 (Size: 9195520 bytes)



**Extraction Report** – Apple iOS Full File system



Participants

---


1114879431
Iyanga Sekhmet Saa Bey


1710464061
Cush Dey

1863331330
Rashad Bey

1750028871
Manny Gonzalez

1613813011
Tariq Bey

1764366611
Njambi Waweru El

1315085789
Hatat

1608832021
Jamhal Abdullah Bey (owner)

909794331
Shawn Dinero (admin)

1586131769
Jamil Rasul Bey

1779913523
Conald pierre

1731799270
Hani Abdullah Bey

1723114504
C El Bey

1749457410
Daniel El

1605811039
Nasir Bey

1758302980

Tariff Bey

997990233
DeVonte Bey

1627391054
Ausar Rael Bey

938994046
G El

1783991757
Hakeem Bey

1663380522
Yusef El Trey Cara Bey

1657533635
Quinn

1490594262
S.Wade El ᴍᴀ

1714037032
Salim Bey

1711583054
Al Aseem Padilla El

910443941
A J

1866621565
Yeshua Mikha'el Bey

1764162449
Akwa Azeem Bey

1893076159
Jwakoo El Bey DeLaMoor

1073970712
Amor Bey

1801750108
RAZIN

1637633704
Sade Renee El

1726408690
Zahir Talib El

1692572813
Shah Jah Tre Amarh El

1790404203
Ashé bka "Zero"

1666827786
Julisa Amurra Adonay El

1755058474
Anubis King-Bey

1789250502
LeCet Ares Gilberta Bey

1089594871
Omaar El

1764534314
Geymy Zapata Bey

1787904709
Jenah Aryah El

1438487491
Fabio Pimentel

1661052381
Noble Geymy Bey

1226220194
Frank White

1714961959
El Bey Ali

1741565079
K R

1665382096
Rajul Jair Muharib Dey

1786678031
Ra Ka El

From: 1608832021 Jamhal Abdullah Bey (owner)

They will seek peace and none shall be found.

Mooreno is in jail.
Lucha is in jail.
Countless other Moors are in jail.
Moors living paycheck to paycheck.
Moors being taxed out of their inheritance.

All of these problems and we, the militia, is the solution.

6/25/2021 9:59:31 AM(UTC-4)

Source Info:
6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/71B5D1F4-C487-4653-BF59-66E59E0407E0/telegram-data/account-9251668418991289093/postbox/db/db_sqlite : 0x7EFC96 (Size: 9195520 bytes)