# EXHIBIT E




Extraction Report - Apple iOS Full File system

## Notes (1)

| # | Time | Note | Account | Deleted | * |
|---|------|------|---------|---------|---|
| 1 | **Created:** 6/22/2021 2:39:25 PM(UTC-4) **Modified:** 6/30/2021 9:34:55 AM(UTC-4) | **Title:** Operation Fountain Head.  7/3 - 7/7<br>**Summary:** Plan of execution:<br>**Source:** Notes<br>**Labels:**<br>**Body:** Operation Fountain Head.  7/3 - 7/7<br><br>Plan of execution:<br><br>Gear check noon on Friday at the field.<br>Load vehicles at 1500hrs<br>Stage vehicles between 1530-1630<br>Establish drivers and A-drivers<br>Go over safety brief for if we are pulled over<br>Leave at 2345 hrs<br><br>Upon arrival (ETA 545hrs<br>Establish berthing area<br>Establish designated hygiene area<br>Establish designated head area<br>Unload the vehicles<br>Camouflage the vehicles and berthing area.<br>Establish chain of command<br>Establish 2-man fire watch list<br>Establish designated cooks<br>Establish a range safety officer<br>Establish armorer<br><br>Safety brief<br>Weapon safety rules<br>Pick a battle buddy and stay with them at all times<br>Establish designated person who, in the case of an emergency, will take the injured person to the hospital.<br>**Parties:**<br>**Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/E3D6EE03-2D11-4E3E-94EF-30C99F52F48B/NoteStore.sqlite : 0x11923F8 (Table: ZICCLOUDSYNCINGOBJECT, Size: 19390464 bytes) | | | 🏷 |