# EXHIBIT F



## Cellebrite
www.cellebrite.com

## Extraction Report - Apple iOS Full File system

### Searched Items (129)

| # | Timestamp | Source | Value | Parameters | Origin | Deleted | Account | * |
|---|-----------|--------|-------|-----------|--------|---------|---------|---|
| 1 | 7/2/2021 2:59:13 PM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x13355B8 (Table: history_visits, Size: 20185088 bytes) | main gun | | Unknown | | | 🏷 |
| 2 | 7/2/2021 2:59:13 PM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x13355B8 (Table: history_visits, Size: 20185088 bytes) | maine gun laws | | Unknown | | | 🏷 |
| 3 | 7/2/2021 2:59:12 PM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x13355F6 (Table: history_visits, Size: 20185088 bytes) | main gun | | Unknown | | | 🏷 |
| 4 | 7/2/2021 2:59:12 PM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x13355F6 (Table: history_visits, Size: 20185088 bytes) | maine gun laws | | Unknown | | | 🏷 |
| 5 | 7/2/2021 2:59:12 PM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x1335634 (Table: history_visits, Size: 20185088 bytes) | private gun sale in maine | | Unknown | | | 🏷 |
| 6 | 7/2/2021 2:59:03 PM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x133567D (Table: history_visits, Size: 20185088 bytes) | private gun sale in maine | | Unknown | | | 🏷 |
| 7 | 7/2/2021 2:58:43 PM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x1335710 (Table: history_visits, Size: 20185088 bytes) | private gun sale in maine | | Unknown | | | 🏷 |
| 8 | 7/2/2021 2:58:43 PM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x1335759 (Table: history_visits, Size: 20185088 bytes) | private gun sale in maine | | Unknown | | | 🏷 |

| 9 | 7/2/2021 2:58:42 PM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Containers/Data/ Application/D58A3570- C86B-4D1A-A569- 57EC150C204D/Library/ Preferences/com.apple. mobilesafari.plist : 0x77C (Size: 8982 bytes) | private gun sale in maine | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 7/2/2021 2:55:03 PM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x13358CC (Table: history_visits, Size: 20185088 bytes) | private gun sale in maine | | Unknown | | |
| 11 | 7/2/2021 2:55:03 PM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x1335915 (Table: history_visits, Size: 20185088 bytes) | private gun sale in maine | | Unknown | | |
| 12 | 7/2/2021 2:54:36 PM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x1335FCC (Table: history_visits, Size: 20185088 bytes) | private gun sale in maine | | Unknown | | |
| 13 | 7/2/2021 2:54:35 PM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x13359A7 (Table: history_visits, Size: 20185088 bytes) | private gun sale in maine | | Unknown | | |
| 14 | 6/14/2021 9:43:26 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x128FCF (Table: history_visits, Size: 20185088 bytes) | gunshows in orlando FL | | Unknown | | |
| 15 | 6/14/2021 9:43:24 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x128927 (Table: history_visits, Size: 20185088 bytes) | gunshows in orlando FL | | Unknown | | |
| 16 | 6/13/2021 12:59:14 PM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x82533 (Table: history_visits, Size: 20185088 bytes) | smoke grenades orlando fL | | Unknown | | |
| 17 | 6/13/2021 12:59:12 PM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x8257C (Table: history_visits, Size: 20185088 bytes) | smoke grenades orlando fL | | Unknown | | |
| 18 | 6/13/2021 11:45:04 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x8297F (Table: history_visits, Size: 20185088 bytes) | private gun sale FL cra | | Unknown | | |
| 19 | 6/13/2021 11:45:04 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x8297F (Table: history_visits, Size: 20185088 bytes) | private gun sale fl craigslist | | Unknown | | |

| 20 | 6/13/2021 11:45:04 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x829CD (Table: history_visits, Size: 20185088 bytes) | private gun sale fl craigslist | | Unknown | | | |
| 21 | 6/13/2021 11:45:04 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x829CD (Table: history_visits, Size: 20185088 bytes) | private gun sale fl craigslist | | Unknown | | | |
| 22 | 6/13/2021 11:45:03 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x82A1B (Table: history_visits, Size: 20185088 bytes) | private gun sale FL | | Unknown | | | |
| 23 | 6/13/2021 11:45:00 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x82A5E (Table: history_visits, Size: 20185088 bytes) | private gun sale FL | | Unknown | | | |
| 24 | 6/13/2021 11:44:02 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x82AA0 (Table: history_visits, Size: 20185088 bytes) | private gun sale FL | | Unknown | | | |
| 25 | 6/13/2021 11:43:52 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x82AE2 (Table: history_visits, Size: 20185088 bytes) | private gun sale FL | | Unknown | | | |
| 26 | 6/13/2021 11:42:53 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x82B45 (Table: history_visits, Size: 20185088 bytes) | private gun sale FL | | Unknown | | | |
| 27 | 6/13/2021 11:42:52 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x82B88 (Table: history_visits, Size: 20185088 bytes) | private gun sale FL | | Unknown | | | |
| 28 | 6/13/2021 11:42:52 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x82BCB (Table: history_visits, Size: 20185088 bytes) | florida gun shows june 2021 | | Unknown | | | |
| 29 | 6/13/2021 11:42:45 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x82C16 (Table: history_visits, Size: 20185088 bytes) | florida gun shows june 2021 | | Unknown | | | |
| 30 | 6/13/2021 11:42:27 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x82C60 (Table: history_visits, Size: 20185088 bytes) | florida gun shows june 2021 | | Unknown | | | |

| 31 | 6/13/2021 11:42:26 AM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x82CAB<br>(Table: history_visits, Size: 20185088 bytes) | florida gun lenient list | | Unknown | | | |
| 32 | 6/13/2021 10:56:46 AM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x82E0B<br>(Table: history_visits, Size: 20185088 bytes) | fl gun laws 2021 | | Unknown | | | |
| 33 | 6/13/2021 10:56:45 AM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x82E4B<br>(Table: history_visits, Size: 20185088 bytes) | fl gun laws 2021 | | Unknown | | | |
| 34 | 6/12/2021 7:06:13 PM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x47901<br>(Table: history_visits, Size: 20185088 bytes) | blank-firing adapters | | Unknown | | | |
| 35 | 6/12/2021 7:06:09 PM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x47946<br>(Table: history_visits, Size: 20185088 bytes) | blank-firing adapters | | Unknown | | | |
| 36 | 6/12/2021 7:06:06 PM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x4798B<br>(Table: history_visits, Size: 20185088 bytes) | blank-firing adapters | | Unknown | | | |
| 37 | 6/12/2021 7:06:02 PM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x479BB<br>(Table: history_visits, Size: 20185088 bytes) | blank-firing adapters | | Unknown | | | |
| 38 | 6/12/2021 7:00:41 PM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x47C3E<br>(Table: history_visits, Size: 20185088 bytes) | blank 5.56 ammo | | Unknown | | | |
| 39 | 6/12/2021 7:00:40 PM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x47C7D<br>(Table: history_visits, Size: 20185088 bytes) | blank 5.56 ammo | | Unknown | | | |
| 40 | 6/12/2021 10:51:13 AM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xCFA66<br>(Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 41 | 6/12/2021 10:51:10 AM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xCFAA6<br>(Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |

| 42 | 6/12/2021 10:51:10 AM(UTC-4) | Safari Source file: 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xCFAE5 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | 🏷 |
| 43 | 6/12/2021 10:51:06 AM(UTC-4) | Safari Source file: 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xCFB25 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | 🏷 |
| 44 | 6/12/2021 10:51:04 AM(UTC-4) | Safari Source file: 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xCFB65 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | 🏷 |
| 45 | 6/12/2021 10:51:04 AM(UTC-4) | Safari Source file: 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xCFBA4 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | 🏷 |
| 46 | 6/12/2021 10:50:35 AM(UTC-4) | Safari Source file: 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xCFBE4 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | 🏷 |
| 47 | 6/12/2021 10:50:34 AM(UTC-4) | Safari Source file: 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xCFC24 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | 🏷 |
| 48 | 6/12/2021 10:50:33 AM(UTC-4) | Safari Source file: 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xCFC63 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | 🏷 |
| 49 | 6/12/2021 10:50:32 AM(UTC-4) | Safari Source file: 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xCFCA2 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | 🏷 |
| 50 | 6/12/2021 10:50:31 AM(UTC-4) | Safari Source file: 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xCFCE1 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | 🏷 |
| 51 | 6/12/2021 10:50:29 AM(UTC-4) | Safari Source file: 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xCFD20 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | 🏷 |
| 52 | 6/12/2021 10:50:28 AM(UTC-4) | Safari Source file: 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xCFD5F (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | 🏷 |

| 53 | 6/12/2021 10:50:27 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCFD9E (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 54 | 6/12/2021 10:50:20 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCFDDD (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 55 | 6/12/2021 10:50:17 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCFE1C (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 56 | 6/12/2021 10:50:17 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCFE5B (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 57 | 6/12/2021 10:50:14 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCFE9A (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 58 | 6/12/2021 10:50:13 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCFED9 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 59 | 6/12/2021 10:50:11 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCFF18 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 60 | 6/12/2021 10:50:09 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCFF57 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 61 | 6/12/2021 10:50:08 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCFF96 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 62 | 6/12/2021 10:50:03 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCF48D (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 63 | 6/12/2021 10:50:02 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCF4CD (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |

| 64 | 6/12/2021 10:49:57 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCF50C (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 65 | 6/12/2021 10:49:56 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCF54B (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 66 | 6/12/2021 10:49:55 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCF58A (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 67 | 6/12/2021 10:49:54 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCF5CA (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 68 | 6/12/2021 10:49:53 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCF60A (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 69 | 6/12/2021 10:49:50 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCF649 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 70 | 6/12/2021 10:49:49 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCF688 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 71 | 6/12/2021 10:49:40 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCF6C8 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 72 | 6/12/2021 10:49:40 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCF708 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 73 | 6/12/2021 10:49:38 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCF747 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 74 | 6/12/2021 10:49:38 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0xCF786 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |

| 75 | 6/12/2021 10:49:37 AM(UTC-4) | Safari<br>**Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0xCFFD6 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 76 | 6/12/2021 10:49:36 AM(UTC-4) | Safari<br>**Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61BF8 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 77 | 6/12/2021 10:49:35 AM(UTC-4) | Safari<br>**Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61C37 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 78 | 6/12/2021 10:49:33 AM(UTC-4) | Safari<br>**Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61197 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 79 | 6/12/2021 10:49:32 AM(UTC-4) | Safari<br>**Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x611D6 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 80 | 6/12/2021 10:49:31 AM(UTC-4) | Safari<br>**Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61215 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 81 | 6/12/2021 10:49:30 AM(UTC-4) | Safari<br>**Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61254 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 82 | 6/12/2021 10:49:27 AM(UTC-4) | Safari<br>**Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61293 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 83 | 6/12/2021 10:49:25 AM(UTC-4) | Safari<br>**Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x612D2 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 84 | 6/12/2021 10:49:22 AM(UTC-4) | Safari<br>**Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61311 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 85 | 6/12/2021 10:49:19 AM(UTC-4) | Safari<br>**Source file:** 6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61350 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |

| 86 | 6/12/2021 10:49:17 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x6138F (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | 🏷 |
|---|---|---|---|---|---|---|---|
| 87 | 6/12/2021 10:49:15 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x613CE (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | 🏷 |
| 88 | 6/12/2021 10:49:14 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x6140D (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | 🏷 |
| 89 | 6/12/2021 10:49:12 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x6144C (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | 🏷 |
| 90 | 6/12/2021 10:49:07 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x6148B (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | 🏷 |
| 91 | 6/12/2021 10:49:06 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x614CA (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | 🏷 |
| 92 | 6/12/2021 10:49:03 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61509 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | 🏷 |
| 93 | 6/12/2021 10:49:00 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61548 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | 🏷 |
| 94 | 6/12/2021 10:48:57 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61588 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | 🏷 |
| 95 | 6/12/2021 10:48:56 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x615C8 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | 🏷 |
| 96 | 6/12/2021 10:48:50 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61607 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | 🏷 |

| | | | | | |
|---|---|---|---|---|---|
| 97 | 6/12/2021 10:48:49 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61646 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown |
| 98 | 6/12/2021 10:48:48 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61685 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown |
| 99 | 6/12/2021 10:48:46 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x616C4 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown |
| 100 | 6/12/2021 10:48:45 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61703 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown |
| 101 | 6/12/2021 10:48:42 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61743 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown |
| 102 | 6/12/2021 10:48:41 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61783 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown |
| 103 | 6/12/2021 10:48:39 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x617C2 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown |
| 104 | 6/12/2021 10:48:37 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61801 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown |
| 105 | 6/12/2021 10:48:37 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61840 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown |
| 106 | 6/12/2021 10:48:35 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x6187F (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown |
| 107 | 6/12/2021 10:48:34 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x618BE (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown |

| 108 | 6/12/2021 10:48:22 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x618FD (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 109 | 6/12/2021 10:48:19 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x6193C (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 110 | 6/12/2021 10:48:18 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61C76 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 111 | 6/12/2021 10:48:12 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61CB5 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 112 | 6/12/2021 10:48:07 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61CF4 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 113 | 6/12/2021 10:48:07 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61D33 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 114 | 6/12/2021 10:48:06 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61D73 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 115 | 6/12/2021 10:48:05 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61DB3 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 116 | 6/12/2021 10:48:03 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61DF3 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 117 | 6/12/2021 10:48:02 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61E33 (Table: history_visits, Size: 20185088 bytes) | squad formations | | Unknown | | | |
| 118 | 6/12/2021 10:45:28 AM(UTC-4) | Safari **Source file:** 6e9d7a13ef475451c1d5 b1d9b2818ef881de2383 _files_full.zip/private/var/ mobile/Library/Safari/Hi story.db : 0x61E73 (Table: history_visits, Size: 20185088 bytes) | marine fire and menuvir | | Unknown | | | |

| 119 | 6/12/2021 10:45:28 AM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61E73<br>(Table: history_visits, Size: 20185088 bytes) | fire and maneuver usmc | | Unknown | | |
| 120 | 6/12/2021 10:45:27 AM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61EB9<br>(Table: history_visits, Size: 20185088 bytes) | marine fire and menuvir | | Unknown | | |
| 121 | 6/12/2021 10:45:27 AM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61EB9<br>(Table: history_visits, Size: 20185088 bytes) | fire and maneuver usmc | | Unknown | | |
| 122 | 6/12/2021 10:45:11 AM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61EFE<br>(Table: history_visits, Size: 20185088 bytes) | marine fire and menuvir | | Unknown | | |
| 123 | 6/12/2021 10:45:11 AM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61EFE<br>(Table: history_visits, Size: 20185088 bytes) | fire and maneuver usmc | | Unknown | | |
| 124 | 6/12/2021 10:45:11 AM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61F43<br>(Table: history_visits, Size: 20185088 bytes) | marine fire and menuvir | | Unknown | | |
| 125 | 6/12/2021 10:45:11 AM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61F43<br>(Table: history_visits, Size: 20185088 bytes) | fire and maneuver usmc | | Unknown | | |
| 126 | 6/12/2021 10:44:54 AM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61F89<br>(Table: history_visits, Size: 20185088 bytes) | marine fire and menuvir | | Unknown | | |
| 127 | 6/12/2021 10:44:54 AM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61F89<br>(Table: history_visits, Size: 20185088 bytes) | fire and maneuver usmc | | Unknown | | |
| 128 | 6/12/2021 10:44:53 AM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61FCF<br>(Table: history_visits, Size: 20185088 bytes) | marine fire and menuvir | | Unknown | | |
| 129 | 6/12/2021 10:44:53 AM(UTC-4) | Safari<br>**Source file:**<br>6e9d7a13ef475451c1d5b1d9b2818ef881de2383_files_full.zip/private/var/mobile/Library/Safari/History.db : 0x61FCF<br>(Table: history_visits, Size: 20185088 bytes) | fire and maneuver usmc | | Unknown | | |