Jury Note 4     8/31/23  USv Perez 22cr644  9:30
Can we hear the 911 call?     (JSR)