

US v Perez 22cr644-02 (DSR)   8/23/23 9:30   Jury Notes

What is the law on searching someone's belongings?

Does he have to provide permission?