UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA |
| --- |
| -v- |
| STEVEN PEREZ (A/K/A "LUCHA EL POR LIBERTAD"), |
| Defendant. |

22-cr-644 (JSR)

VERDICT

1. On Count One, the charge of conspiracy to transport or receive firearms from outside states of residency, we the jury find defendant Steven Perez, also known as Lucha El Por Libertad:

   Guilty ✓      Not Guilty ____

2. On Count Two, the charge of interstate transport or receipt of a specific out-of-state firearm, we the jury find defendant Steven Perez, also known as Lucha El Por Libertad:

   Guilty ✓      Not Guilty ____

_____
FOREPERSON

Date: 8/31/23