Criminal Notice of Appeal - Form A

## NOTICE OF APPEAL

United States District Court

Southern  District of New York



S.D.N.Y - APPEALS

Caption:
United States of America, v.

Steven Perez a/k/a/ Lucha

Docket No. 22 CR 644 (JSR)
Hon. Jed S. Rakoff
(District Court Judge)

Notice is hereby given that __the defendant, Steven Perez__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other ✓ __order of detention pending sentence__
(specify)
entered in this action on __August 31, 2023__
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other |✓|

Defendant found guilty by plea |   | trial |✓| N/A |   .

Offense occurred after November 1, 1987? Yes |✓|, No |   | N/A |   |

Date of sentence: _____ N/A |✓|

Bail/Jail Disposition: Committed |✓|  Not committed |   |  N/A |   |

Appellant is represented by counsel? Yes ✓ | No |  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel. | Barry D. Leiwant, Esq. |
| Counsel's Address | Federal Defenders of New York |
| | 52 Duane Street, 10th Floor |
| Counsel's Phone. | (212) 417-8763 |
| Assistant U.S. Attorney: | Ashley C. Nicolas, Esq. |
| AUSA's Address: | One St. Andrews Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | (212) 637-2200 |

Signature