Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

**ORIGINAL**

Caption:
United States of America v.

Steven Perez, Defendant.

Docket No.: 22 Cr. 644
Honorable Jed S. Rakoff
(District Court Judge)

Notice is hereby given that Steven Perez appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other ☐ _____ (specify)
entered in this action on 1/12/2024
(date)

This appeal concerns: Conviction only ☐ Sentence only ☐ Conviction & Sentence ✔ Other ☐
Defendant found guilty by plea ✔ | trial ☐ | N/A ☐
Offense occurred after November 1, 1987? Yes ✔ No ☐ N/A ☐
Date of sentence: 1/8/2024  N/A ☐
Bail/Jail Disposition: Committed ✔ Not committed ☐ | N/A ☐

**RECEIVED JAN 17 2024 S.D.N.Y - APPEALS**

Appellant is represented by counsel? Yes ✔ | No ☐  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Barry D. Leiwant, Esq. |
| Counsel's Address: | Federal Defenders of New York |
| | 52 Duane Street, 10th Floor, New York, NY 10007 |
| Counsel's Phone: | Tel. (212) 417-8742 |
| Assistant U.S. Attorney: | AUSA Ashley Nicolas |
| AUSA's Address: | One St. Andrews Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | Tel: (646) 734-3677 |

*Zawadi Baharanyi/wт*
ZAWADI BAHARANYI, ESQ.
Signature